IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–32–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW ANTHONY MARSHALL, | |
| Defendant. | |

Having heard argument on the government's opposed motion in limine on February 3, 2021,[1]

IT IS ORDERED that the motion, (Doc. 36), is GRANTED IN PART and RESERVED IN PART. It is GRANTED as to the photographs identified in the government's second request. *See* Fed. R. Evid. 401, 403. Given the defense's purported theory of the case and the Court's aversion to ruling on evidentiary matters in the abstract, the government's motion is RESERVED and may be revisited at trial. Fed. R. Evid. 103.

DATED this 3rd day of February, 2021.

Donald W. Molloy, District Judge
United States District Court

---

[1] As stated at the hearing, the Court's understanding of the transcript request (Doc. 55), differs from defense counsel's proffered explanation. *See* attached (sealed).

1