Timothy M. Bechtold
Bechtold Law Firm, PLLC
317 East Spruce Street
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | CR 20-32-M-DWM |
| Plaintiff, | ) ) ) | **DEFENDANT'S NOTICE OF FILING CIPA §5 DISCLOSURE** |
| vs. | ) ) | |
| **MATTHEW ANTHONY MARSHALL,** | ) ) ) | |
| Defendant. | ) | |

Dated this 3rd day of February, 2021.

/s/Timothy M. Bechtold