Timothy M. Bechtold
Bechtold Law Firm, PLLC
317 East Spruce Street
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | CR 20-32-M-DWM |
| Plaintiff, | ) ) ) | **DEFENDANT'S MOTION TO COMPEL RESPONSE TO SUBPOENA DUCES TECUM** |
| vs. | ) ) | |
| **MATTHEW ANTHONY MARSHALL,** | ) ) ) ) | |
| Defendant. | ) | |

Counsel for Mr. Marshall now moves the Court for an order to compel non-party Michael Goguen to comply with a court-issued subpoena duce tecum. Counsel for the government takes no position on the motion, and counsel for Michael Goguen is opposed to this motion.

Dated this 4th day of February, 2021.

/s/Timothy M. Bechtold