Timothy M. Bechtold
Bechtold Law Firm, PLLC
317 East Spruce Street
P.O. Box 7051
Missoula, Montana 59807-7051
406-721-1435
tim@bechtoldlaw.net

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **MATTHEW ANTHONY MARSHALL,**  Defendant. | CR 20-32-M-DWM  **DEFENDANT'S BRIEF IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** |

On February 8, 2021, four subpoenas duces tecum (*see* Doc. 52) (the "**Subpoenas**") were served on Non-Parties NetJets Aviation, Inc., NetJets Sales, Inc., NetJets Services, Inc. and NetJets Inc. (collectively, "**NetJets**").

NetJets requests that a protective order be entered to protect confidential business, proprietary and/or customer information contained in documents produced in response to the Subpoenas from (i) public disclosure and (ii) use outside this criminal case.

1

Therefore, Defendant respectfully moves for a protective order requiring that:

(1) documents or information produced by NetJets in response to the Subpoenas that are stamped "CONFIDENTIAL – Pursuant to Protective Order" (hereinafter, the "**NetJets Confidential Documents**") shall be used only for the purposes of and within the confines of this criminal case and for no other purpose;

(2) NetJets Confidential Documents and the information contained therein shall be shown and/or disclosed only to:

   a. the parties to this case,

   b. the parties' attorneys,

   c. the parties' attorneys' employees, experts, or consultants whose review of the material is reasonably necessary for the preparation and presentation of the party's case; and

   d. judges, court personnel, and/or witnesses during witness preparation, deposition, or trial testimony, and as exhibits to deposition or in trial;

(3) attorneys for the parties shall advise every authorized person who reviews the NetJets Confidential Documents or the information contained therein as to the limitations and requirements of this Order;

(4) attorneys for the parties shall be responsible to employ reasonable measures to control duplication of, access to, and distribution of the NetJets Confidential Documents or the information contained therein;

(5) none of the NetJets Confidential Documents and information contained therein shall be released, disclosed, or shown to any person or entity other than those identified in Paragraph 2 above, including by filing the same on a public court docket, unless ordered by the Court; and

(6) if any person or entity moves to modify this Order, Defendant shall notify NetJets, as soon as possible, so that NetJets has a reasonable opportunity to challenge the modification. Notification shall be provided via mail and email to:

> NetJets Inc.
> Attn: Office of General Counsel
> 4151 Bridgeway Avenue
> Columbus, Ohio 43219
> abrough@netjets.com
> lsuhayda@netjets.com

DATED this 4th day of March, 2021.

/s/Timothy M. Bechtold

Attorney for Defendant

3