IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW ANTHONY MARSHALL,<br><br>Defendant. | CR 20-32-M-DWM<br><br><br>PROTECTIVE ORDER |

Pursuant to the Motion of Defendant for a Protective Order (Doc. _____), and with good cause appearing, IT IS ORDERED:

(1) documents or information produced by NetJets Aviation, Inc., NetJets Sales, Inc., NetJets Services, Inc. and/or NetJets Inc. (collectively, "NetJets") in response to the subpoenas served upon them on February 8, 2021 that are stamped "CONFIDENTIAL – Pursuant to NetJets Protective Order" (hereinafter, the "NetJets Confidential Documents") shall be used only for the purposes of and within the confines of this criminal case;

1

(2) NetJets Confidential Documents and the information contained therein shall be shown and/or disclosed only to:

    a. the parties to this case,

    b. the parties' attorneys,

    c. the parties' attorneys' employees, experts or consultants whose review of the material is reasonably necessary for the preparation and presentation of the party's case; and

    d. judges, court personnel, and/or witnesses during witness preparation, deposition, or trial testimony, and as exhibits to deposition or in trial;

(3) attorneys for the parties shall advise every authorized person who reviews the NetJets Confidential Documents or the information contained therein as to the limitations and requirements of this Order;

(4) attorneys for the parties shall be responsible to employ reasonable measures to control duplication of, access to, and distribution of the NetJets Confidential Documents or the information contained therein;

(5) none of the NetJets Confidential Documents and information contained therein shall be released, disclosed, or shown to any person or entity other than those identified in Paragraph 2 above, including by filing the same on a public court docket, unless ordered by the Court; and

(6) if any person or entity moves to modify this Order, Defendant shall notify NetJets, as soon as possible, so that NetJets has a reasonable opportunity to challenge the modification. Notification shall be provided via mail and email to:

>NetJets Inc.
>Attn: Office of General Counsel
>4151 Bridgeway Avenue
>Columbus, Ohio 43219
>abrough@netjets.com
>lsuhayda@netjets.com

Failure of any party, or third-party with knowledge of this Order, to comply with the terms of this Order will be subject to punishment to the full extent of the Local Rules, the Federal Rules of Criminal Procedure, and all applicable law, including the Court's inherent authority.

DATED this ___ day of _____, 2021.

_____
Donald W. Molloy, District Judge
United States District Court