IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW ANTHONY MARSHALL,<br><br>Defendant. | CR 20–32–M–DWM<br><br><br>ORDER |

The defendant has filed an unopposed motion for a 45-day continuance in this case so that he may "seek and obtain private counsel" to replace his current CJA counsel. (Doc. 106.) Given the existing deadlines under the Classified Information Procedures Act ("CIPA"), (Doc. 79),

IT IS ORDERED that the motion to continue, (Doc. 106), is DENIED. The defendant's CIPA § 6 response remains due today.

IT IS FURTHER ORDERED that the defendant and his current CJA counsel, along with putative private counsel, shall appear at an ex parte hearing on May 10, 2021, at 1:30 p.m. at the Russell Smith Courthouse in Missoula, Montana.

DATED this 9th day of April, 2021.

Donald W. Molloy, District Judge
United States District Court