**TIMOTHY J. RACICOT**
**RYAN G. WELDON**
**Assistant U.S. Attorneys**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2d Floor**
**Missoula, MT 59802**
**Phone:       (406) 542-8851**
**FAX:          (406) 542-1476**
**Email:        tim.racicot2@usdoj.gov**
**                   ryan.weldon@usdoj.gov**

**S. DEREK SHUGERT**
**Trial Attorney**
**Counterintelligence and Export Control Section**
**National Security Division**
**U.S. Department of Justice**
**Phone:       (202) 305-1629**
**FAX:          (202) 532-4251**
**Email:        shawn.shugert@usdoj.gov**

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW ANTHONY MARSHALL,<br><br>Defendant. | CR 20-32-M-DWM<br><br>NOTICE OF FILING OF CIPA § 6(a) REPLY |
|---|---|

1

Notice is hereby given to the Court and opposing counsel that the United States filed its CIPA § 6(a) reply with the CISO today, April 16, 2021.

Respectfully submitted this 16th day of April, 2021.

LEIF M. JOHNSON
Acting United States Attorney

*/s/ Timothy J. Racicot*
Assistant U.S. Attorney
Attorney for Plaintiff

*/s/ Ryan G. Weldon*
Assistant U.S. Attorney
Attorney for Plaintiff

*/s/ S. Derek Shugert*
Trial Attorney
Attorney for Plaintiff
