# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT DESIGNATION AND ORDERING FORM
*Please read instructions.*

| | | |
|---|---|---|
| **1. NAME** Timothy J. Racicot | **2. PHONE NUMBER** 406-542-8851 | **3. DATE** 04/26/2021 |
| **4. MAILING ADDRESS** P.O. Box 8329 | **5. E-MAIL ADDRESS** Tim.Racicot2@usdoj.gov | **6. CITY** Missoula **7. STATE** MT |
| **8. ZIP CODE** 59807 | **9. JUDGE** Honorable Donald W. Molloy | **10. CASE NAME** US v. Matthew Anthony Marshall |
| **11. U.S. DISTRICT COURT CASE NUMBER** CR 20-32-M-DWM | **12. COURT OF APPEALS CASE NUMBER** | |

**13. ORDER FOR**

- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER - Specify

**14. TRANSCRIPT REQUESTED** - Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.

| PORTIONS | DATE(S) | REPORTER | PORTIONS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| Change of Plea | | | Closing Argument - Plaintiff | | |
| Pre-trial Proceeding | | | Closing Argument - Defendant | | |
| Voir Dire | | | Settlement Instructions | | |
| Opening Statement - Plaintiff | | | Jury Instructions | | |
| Opening Statement - Defendant | | | Sentencing | | |
| Testimony - Specify Witness | | | Other - Specify: CIPA Hearing Transcript | 04/23/2021 | JoAnn Corson |

**15. ORDER**

| CATEGORY | ORIGINAL (Includes certified copy to clerk for records of the Court) | FIRST COPY to each party | ADDITIONAL COPIES to same party | Paper | Electronic Specify File Format |
|---|---|---|---|---|---|
| 30-Day | $3.65/page [x] | $.90/page [ ] | $.60 page [ ] | [x] Full Size [ ] A-Z word index | [ ] ASCII [ ] A-Z word index [x] PDF |
| 14-Day | $4.25/page [ ] | $.90/page [ ] | $.60/page [ ] | [ ] Full Size [ ] A-Z word index | [ ] ASCII [ ] A-Z word index [ ] PDF |
| 7-Day | $4.85/page [ ] | $.90/page [ ] | $.60/page [ ] | [ ] Full Size [ ] A-Z word index | [ ] ASCII [ ] A-Z word index [ ] PDF |
| 3-Day | $5.45/page [ ] | $1.05/page [ ] | $.75/page [ ] | [ ] Full Size [ ] A-Z word index | [ ] ASCII [ ] A-Z word index [ ] PDF |
| DAILY | $6.05/page [ ] | $1.20/page [ ] | $.90/page [ ] | [ ] Full Size [ ] A-Z word index | [ ] ASCII [ ] A-Z word index [ ] PDF |
| HOURLY | $7.25/page [ ] | $1.20/page [ ] | $.90/page [ ] | [ ] Full Size [ ] A-Z word index | [ ] ASCII [ ] A-Z word index [ ] PDF |

**16. & 17. CERTIFICATE OF SERVICE, DISTRIBUTION and PAYMENT**

**E-file this form with the clerk's office, mail to opposing counsel if they are not electronic filers and serve the court reporter.**

Financial arrangements must be made with the court reporter before transcript is prepared.

I certify that this form has been served on the court reporter this date: 04/26/2021   Attorney signature: /s/ Timothy J. Racicot

Revised: 5/13/2020