IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW ANTHONY MARSHALL,<br><br>Defendant. | CR 20-32-M-DWM<br><br>ORDER |

    Defendant Matthew Anthony Marshall's arraignment on the superseding indictment is scheduled for August 23, 2021 at 1:30 p.m. in Missoula, Montana. Defendant has filed an unopposed motion for his arraignment to be held by video conference or, in the alternative, to permit defense counsel to appear by video conference due to travel-related COVID-19 concerns. Accordingly, and good cause appearing,

    IT IS ORDERED that the motion is GRANTED to the extent that defense counsel may appear via Zoom at the arraignment. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing.

//

**Zoom Guidance and Setup available at: [https://www.mtd.uscourts.gov/zoom-hearings](https://www.mtd.uscourts.gov/zoom-hearings)**

DATED this 11th day of August, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge