IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–32–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| MATTHEW ANTHONY MARSHALL, | |
| Defendant. | |

The government previously filed a Superseding Indictment against Defendant Matthew Marshall. (Doc. 122.) In response, Marshall filed three separate motions to dismiss, (Docs. 137, 139, 140), and a motion for a bill of particulars, (Doc. 138). Since Marshall filed his motions, the government has filed a Second Superseding Indictment, (Doc. 142), and filed a consolidated response to Marshall's motions, (Doc. 146). Marshall's argument that the Second Superseding Indictment indicates that the initial superseding indictment "ha[d] substantive issues to address" has some merit. Nonetheless,

IT IS ORDERED that Marshall's pending motions, (Docs. 137, 138, 139, 140), are DENIED AS MOOT in light of the Second Superseding Indictment.

1

IT IS ORDERED that any further motions related to the Second Superseding Indictment must be filed on or before Friday, October 8, 2021. Any responses shall then be due no later than Friday, October 15, 2021.

DATED this 28th day of September, 2021.

Donald W. Molloy, District Judge
United States District Court