45177 | iMessage - Sent | iMessage

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 4/9/2013 2:09:37 AM

**To:** < >

**Remote party:** < >

Direction: Outgoing    Read status: Read    Deleted: No

Kroll seems to be the best bet but nobody does military records. As a backup just gather a copy of everyone's DD 214. That's the form I showed you in your office that's on a special paper that can't be replicated. I'd be curious for you to look at his anyway to see if he was OSI like he claimed. You can have my official one to look at and make a copy of.  It's a classified document which was stamped in the huge red letters so you'd have to keep it under lock and key or its a crime and I'd get my balls cut off.

GOVERNMENT
EXHIBIT

____8a____
20-32-M-DWM