

**Extraction Report** - Apple iOS Full File system

## Participants

+18123058776
Matt Marshall*

+[redacted]

## Conversation - Instant Messages (3)

---

**From:** +18123058776 Matt Marshall
**To:** +[redacted] (owner)

You're work is done... [redacted] just said..."Im sold"....

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] | | 3/1/2013 6:54:35 AM(UTC+0) | |

**Status:** Read

3/1/2013 6:56:00 AM(UTC+0)

*Source Info:*
Backup Account's iPhone/mobile/Library/SMS/sms.db : 0xBC782F (Table: message, handle, Size: 65761280 bytes)

---

**From:** +[redacted] (owner)
**To:** +18123058776 Matt Marshall

She's a gem in every dimension buddy. I'm looking forward to the next chapter of the life ride, with you right along next to me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18123058776 Matt Marshall | 3/1/2013 6:56:37 AM(UTC+0) | 3/1/2013 6:56:46 AM(UTC+0) | |

**Status:** Sent

3/1/2013 6:56:34 AM(UTC+0)

*Source Info:*
Backup Account's iPhone/mobile/Library/SMS/sms.db : 0xBC7649 (Table: message, handle, Size: 65761280 bytes)

---

**From:** +18123058776 Matt Marshall
**To:** +[redacted] (owner)

Me too [redacted] ..couldn't have picked a better, more solid guy to make the next chapter of my life with.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] | | 3/1/2013 6:58:04 AM(UTC+0) | |

**Status:** Read

3/1/2013 6:58:08 AM(UTC+0)

*Source Info:*
Backup Account's iPhone/mobile/Library/SMS/sms.db : 0xBC73D0 (Table: message, handle, Size: 65761280 bytes)

GOVERNMENT EXHIBIT
9
20-32-M-DWM