


**Extraction Report** - Apple iOS Full File system

## Participants

+18123058776
Matt Marshall*

+[REDACTED]

## Conversation - Instant Messages (7)

**From:** +18123058776 Matt Marshall
**To:** +[REDACTED] (owner)

Bare with this odd question, but it directly relates to the good guy stuff we have talked about. Are you interested in supporting a way off the books op for the Red Cross?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED] | | 4/21/2013 1:06:17 AM(UTC+0) | |

**Status:** Read

4/21/2013 12:40:32 AM(UTC+0)

Source Info:
Backup Account's iPhone/mobile/Library/SMS/sms.db : 0xDA6FF8 (Table: message, handle, Size: 65761280 bytes)

---

**From:** +[REDACTED] (owner)
**To:** +18123058776 Matt Marshall

YES

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18123058776 Matt Marshall | 4/21/2013 1:06:23 AM(UTC+0) | 4/21/2013 1:13:06 AM(UTC+0) | |

**Status:** Sent

4/21/2013 1:06:23 AM(UTC+0)

Source Info:
Backup Account's iPhone/mobile/Library/SMS/sms.db : 0xDA6A7E (Table: message, handle, Size: 65761280 bytes)

---

**From:** +18123058776 Matt Marshall
**To:** +[REDACTED] (owner)

Shit will be a bit hairy and I'm going to lead the assault team. As long as you are ok with that. There will be some funding involved and I can give you the details in person but I feel very confident you are going to be interested. This will have nothing to do officially with you or NEWCO by will lay groundwork for future projects when you are ready to hit launch.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[REDACTED] | | 4/21/2013 1:16:49 AM(UTC+0) | |

**Status:** Read

4/21/2013 1:16:48 AM(UTC+0)

Source Info:
Backup Account's iPhone/mobile/Library/SMS/sms.db : 0xDA6904 (Table: message, handle, Size: 65761280 bytes)

GOVERNMENT
EXHIBIT
17
20-32-M-DWM

1

From: +[redacted] (owner)
To: +18123058776 Matt Marshall

Looking forward to hearing the details in person

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18123058776 Matt Marshall | 4/21/2013 1:24:03 AM(UTC+0) | 4/21/2013 1:30:19 AM(UTC+0) | |

Status: Sent

4/21/2013 1:23:56 AM(UTC+0)

Source Info:
Backup Account's iPhone/mobile/Library/SMS/sms.db : 0xDA64A7 (Table: message, handle, Size: 65761280 bytes)

From: +18123058776 Matt Marshall
To: +[redacted] (owner)

We will have to get together fairly soon on this because if we get involved, time will be of the essence.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] | | 4/21/2013 2:15:27 AM(UTC+0) | |

Status: Read

4/21/2013 1:59:28 AM(UTC+0)

Source Info:
Backup Account's iPhone/mobile/Library/SMS/sms.db : 0xDA62D3 (Table: message, handle, Size: 65761280 bytes)



From: +[redacted] (owner)
To: +18123058776 Matt Marshall

Can u talk by phone for a sec?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18123058776 Matt Marshall | 4/21/2013 2:33:07 AM(UTC+0) | 4/21/2013 2:49:51 AM(UTC+0) | |

Status: Sent

4/21/2013 2:32:37 AM(UTC+0)

Source Info:
Backup Account's iPhone/mobile/Library/SMS/sms.db : 0xDA7FF4 (Table: message, handle, Size: 65761280 bytes)



From: +18123058776 Matt Marshall
To: +[redacted] (owner)

Call me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +16503806950 | | 4/21/2013 3:33:50 AM(UTC+0) | |

Status: Read

4/21/2013 2:50:40 AM(UTC+0)

Source Info:
Backup Account's iPhone/mobile/Library/SMS/sms.db : 0xDA7948 (Table: message, handle, Size: 65761280 bytes)