### 44819 — iMessage - Sent

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 7/23/2013 6:13:22 PM

**To:** +

**Remote party:** +

Direction: Outgoing    Read status: Read    Deleted: No

Based on that text today, I'm going to send the boys 10k apiece as a pat on the back for a job well done. I'm going to send it out of my own pocket but am going to tell them it's from our "sponsor"(you). You might have to loan me money for vodka though!!;)

### 44820 — iMessage - Sent

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 7/23/2013 4:30:11 PM

**To:** +

**Remote party:** +

Direction: Outgoing    Read status: Read    Deleted: No

That's what it's all about right there buddy! Money very well spent in my opinion.

### 44821 — iMessage - Inbox

**Description:** (No description)

**From:**

**Time stamp (Device time +00:00):** 7/23/2013 4:23:28 PM

**To:** Me <+18123058776>

**Remote party:** +

Direction: Incoming    Read status: Read    Deleted: No

Awesome!

GOVERNMENT EXHIBIT
22
20-32-M-DWM

| 44822 | iMessage - Sent | | iMessage |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 7/23/2013 4:22:14 PM |
| | **To:** + | | |
| | **Remote party:** + | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | Just wanted to pass on the text I just got, "Anthony, as you can see from the recent news, your efforts and op execution paid off high order. Getting number 1 was a direct result of your commitment. Pass that on to our new friend as well. -CB" | | |