

GOVERNMENT EXHIBIT 25 20-32-M-DWM

| 44586 | iMessage - Sent | | iMessage |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 9/20/2013 5:16:45 PM |
| | **To:** + | | |
| | **Remote party:** + | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | I will have to call you later this evening if you're free. | | |

| 44587 | iMessage - Sent | | iMessage |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 9/20/2013 4:48:11 PM |
| | **To:** + | | |
| | **Remote party:** + | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | Didn't know if you got this yesterday: He's got cancer. Inquired about another "trip" to recover 2 personnel but I told him we probably wouldn't have that in the budget this year. Depending on his health I will try and set up a meet and greet in the near future just so you can meet. | | |

| 44588 | SMS - Sent | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 9/19/2013 7:32:08 PM |
| | **To:** + | | |
| | **Remote party:** + | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | He's got cancer. Inquired about another "trip" to recover 2 personnel but I told him we probably wouldn't have that in the budget this year. Depending on his health I will try and set up a meet and greet in the near future just so you can meet. | | |

13188