Major Michael Hussey

Louisville, KY 40220

Lieutenant Colonel Ben Gipe

New Albany, IN 47150

3 May 1999

Dear LtCol Gipe,

As per our recent conversations here is a recap of my informal investigation of Lance Corporal Matthew A. Marshall.

1. During the week of April 26, 1999 you contacted me and indicated that there were some potential concerns with the military background of LCpl Marshall. In particular, this individual claimed to be a combat veteran of the invasion of Panama (Operation Just Cause: December 1989) and Desert Storm (January-March 1991). He also claimed personal combat decorations to include the Silver Star (our nation's third highest award for valor) and Bronze Star Medals. Additionally LCpl Marshall stated that he was in the Corps' elite and very competitive Force Reconnaissance branch.

2. Here are the results of what my initial research has uncovered:

. A. LCpl Marshall has a "Date of Original Entry" into the Armed Forces of 9 September 1994. You should be aware that an individual's date of original entry would cover their enlistment into any of the Armed Forces, not just their current branch. Clearly, with an enlistment date of September 1994, LCpl Marshall could not have been involved in any military action that occurred in 1989 or 1991. Obviously he could not have been awarded the Silver and Bronze Star Medals for these actions either.

B. LCpl Marshall has never served on active duty after his recruit training and basic infantry training. He enlisted into and has always been in the Reserves. This Marine has never been activated for a Presidential recall. LCpl Marshall reported into his Infantry Reserve Unit (Kilo Company, 3rd Battalion, 24th Marine Regiment at Terre Haute, IN) in April 1995. After his initial training, he has only served with Kilo Company.

C. LCpl Marshall carries the Military Occupation Specialty (MOS) of 0311 which is a basic infantryman. If a Marine were assigned to the Force Reconnaissance field he would have an additional MOS code to indicate that advanced skill. Due to the highly specialized and demanding nature of Force Reconnaissance work, school training associated with this MOS would also be listed. There is no such training noted for LCpl Marshall. His only MOS code is that of basic rifleman.

GOVERNMENT
EXHIBIT

116

20-32-M-DWM

D. Awards and Decorations. LCpl Marshall's decorations are the National Defense Service Medal (given to everyone who is in the Armed Forces during periods designated by Congress) and the Selected Marine Reserve Medal (which is awarded to Marines who serve for three years in the Marine Corps Reserve). He has no personal decorations and certainly no personal decorations for valor in combat.

E. Current Status. I have found that he has not attended a required Reserve meeting since August 1998. In fact Kilo Company has sent him several certified letters telling him to report back to his unit or face an Other Than Honorable Discharge. LCpl Marshall has not responded to these letters. Additionally, he still has all his issued field gear worth approximately $1,000.

F. Conclusion. My findings are in direct contradiction to your initial briefing on LCpl Marshall's stated record. He was not even in the military during his alleged combat service window. There is no evidence of any kind of personal decorations, let alone ones for valor, nor is there any evidence that he served in any combat campaigns. He has never been anything but a basic rifleman, never a highly trained Force Reconnaissance Marine. Instead of honorable service, he is currently being processed for a bad discharge simply because he refuses to go required Reserve weekend meetings.

3. I hope this information is useful to you. Don't hesitate to call if I can be of further assistance.

Respectfully Submitted,

Michael Hussey
Major    USMC

ISP II #113

## SUMMARY

### I.I. #99-017

ACCUSED:
**Marshall, Matthew A.**
White/Male,      70
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚, Indiana 47130
(812) 285-0321
PE 6356
Assigned:  Trooper, Sellersburg, District 45
Appointed:  12/13/96

DATE:
Ongoing

SUMMARY:
There is no dispute that Trooper Matthew A. Marshall conveyed false information to members of an Emergency Response Team (ERT) interview committee about his military experience.  Marshall confirms that he lied, and military records indicate that his claims about being a combat veteran are not true.  There is also no dispute that Marshall omitted reporting previous employment with the Marion Police Department in his application for the Indiana State Police.  Marshall admits, and employment records confirm, that he was employed with the Marion Police Department in 1994.

In December 1998, Marshall applied for membership in Team IV ERT, and he competed with two other troopers for one available position.  Part of the selection process included an interview before the current members of the ERT.  During the interview, Marshall indicated that he was a combat veteran of Operation Desert Storm in 1991 and that he was in the United States Marine Corps Force Reconnaissance branch.  According to Sergeant Robert A. Hedger, the team leader of the ERT, Marshall's supposed experiences were instrumental in his selection to the ERT.

In early 1999, Sergeant Nila B. Miller-Cronk of the Recruiting Section received an anonymous telephone call.  The caller advised Miller-Cronk that he had information that a Matthew Marshall was in the application process for the department and that Marshall had been previously employed at the Marion Police Department and resigned because he was under investigation as the suspect in a burglary.  Miller-Cronk put the information in the file of a current applicant named Matthew R. Marshall for the background investigator's attention.  The background investigator informed Miller-Cronk that this Matthew Marshall had not been employed at the Marion Police Department, and the middle name and date of birth of this Matthew Marshall was not the same as what was indicated by the anonymous caller.

ISP II #2

Benjamin D. Gipe is a retired Lieutenant Colonel with the United States Marine Corps (USMC) and is currently employed as a Telecommunications Operator II at District 45, Sellersburg. Gipe became suspicious of Marshall's claims that he belonged to the USMC Force Reconnaissance branch and that he was a decorated combat veteran. Gipe made contact with a current member of the USMC and a background check of Matthew Marshall's military experience was conducted. Marshall's military record indicated that he was in the USMC reserves and was being processed for a bad discharge for failing to attend weekend meetings. The background check also revealed that Marshall had never been activated for combat and that he had never been in the USMC Force Reconnaissance branch.

Gipe shared this knowledge with a member of the Team IV ERT who in turn gave the information to Hedger. Hedger notified Captain Monte McKee. McKee called the Recruiting Section and requested that Marshall's department application be checked for a DD Form 214 to confirm Marshall's military history. Miller-Cronk recognized Marshall's name and realized that the anonymous caller had been referring to a current employee.

A subsequent investigation revealed that Marshall had been hired as a police officer by the Marion Police Department on February 14, 1994. Soon after Marshall's photograph had appeared in the local newspaper as a new police officer for the city of Marion, a victim of a residential burglary contacted the police department stating that Marshall had committed the burglary in 1990. The Grant County Sheriff's Department re-opened the investigation, and the victim's stepson gave a statement implicating himself and Marshall in the burglary. The stepson passed a polygraph test indicating he was truthful in his admissions. The Grant County Prosecutor declined to pursue charges against Marshall providing he resigned from the police department on an unconditional basis. Marshall resigned on April 4, 1994.

Marshall states he omitted this information from his Indiana State Police application because he was employed by the Marion Police Department for such a short period of time. Marshall also denies any involvement in the burglary.

SIGNATURE:  Sergeant Glen H. Rabanus

DATE:  June 10, 1999

2

ISP II #3

June 2, 1999

TO:        Melvin J. Carraway, Superintendent
           Indiana State Police

FROM:      Matthew A. Marshall, Trooper
           District # 45, Sellersburg

SUBJECT:   Resignation From The Indiana State Police


Due to the current situation in which I am the target of Internal Investigation 99-017, I
have decided to tender my resignation from the Department. The effective date will be
June 7, 1999, and I will turn in my commission and all issued equipment on that date.
The attendance records at District # 45 indicate that I will have twelve vacation days
remaining after this week, 4.25 compensatory hours, and one Compensatory Day. I
request to be paid for the time accrued.

Respectfully submitted,

Matthew A. Marshall
Trooper

MAM/dbg