Case 03-11856   Doc 1   Filed 04/24/03   Page 1 of 32

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE  DIVISION

| | |
|---|---|
| | **Voluntary Petition** |

| NAME OF DEBTOR | JOINT DEBTOR | RECEIVED IN THE MAIL |
|---|---|---|
| **Matthew Anthony  Marshall** | | |

| ALL OTHER NAMES  USED BY THE DEBTOR IN THE LAST 6 YEARS (including married,maiden & trade) | ALL OTHER NAMES  USED BY THE JOINT  DEBTOR IN THE LAST 6 YEARS(including married,maiden & trade) |
|---|---|
| | |

| SOC. SECURITY #/TAX I.D. NO (if more than one, state all)   IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION  & COMMIT PERJURY!!! | SOC. SECURITY #/TAX I.D. NO (if more than one, state all)   IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION  & COMMIT PERJURY!!! |
|---|---|
| -3931 | -1474 |

| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
|---|---|
| **Sweetser IN 46987** | **Sweetser IN 46987** |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|
| **Grant** | **Grant** |

| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
|---|---|
| | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (IF DIFFERENT FROM STREET ADDRESS ABOVE)

*NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)

[x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| TYPE OF DEBTOR (Check all boxes that apply) | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| [x] Individual(s)          [] Railroad | [X] Chapter 7      [] Chapter 11      [] Chapter 13 |
| [] Corporation          [] Stockbroker | [] Chapter 9      [] Chapter 12 |
| [] Partnership          [] Commodity Broker | [] Sec 304 0-- Case ancillary to foreign proceeding |
| [] Other_____ | |

| NATURE OF DEBTS (Check one box) | FILING FEE (Check one box) |
|---|---|
| [x] Consumer/Non-Business    [] Business | [x] Full Filing Fee attached |
| | [] Filing Fee to be paid in installments (Applicable to individuals only). |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply) | Must attach signed application for the court consideration certifying |
| [] Debtor is a small business as defined in 11 U.S.C. S101 | that the debtor is unable to pay fee except in installments. |
| [] Debtor is and elects to be considered a small business under 11 U.S.C. Sec.1121(e) (Optional) | Rule 1006(b)/ See Official Form No. 3 |

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)

[] Debtor estimates that funds will be available for distribution to unsecured credtiors

[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unnsecured creditors.

| ESTIMATED NO. OF CREDITORS | [x] | 29 |
|---|---|---|
| ESTIMATED ASSETS | [x] $ | 288,250 |
| ESTIMATED DEBTS | [x] $ | 378,493 |

| GOVERNMENT EXHIBIT |
|---|
| 117 |
| 20-32-M-DWM |

Voluntary Petition

(This page must be completed and filed in every case)

NAME OF DEBTOR(s)

**Matthew Anthony Marshall**

---

I STATE THAT I FILED THE FOLLOWING OTHER BANKRUPTCY CASES WITIIN LAST 6 YEARS  (IF BLANK, THIS IS FIRST IN 6 YRS

| LOCATION WHERE FILED: | CASE NO. | DATE FILED |
|---|---|---|
| | | |

PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR(S)

| NAME OF DEBTOR: | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT | RELATIONSHIP: | JUDGE: |

**Exhibit A**  (To be completed only if debtor is required to file periodic reports (e.g.,forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) fo the Securities Exchange Act of 1934 and is requesting relief under chapter 11) _____ Exhibit A is attached and made a part of this petition

---

**Exhibit C**   Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  NO    If yes and Exhibit C is attached and made a part of this petition   _____XXXX

Signature of Non-Attorney Petition Preparer    I certify that I am a bankruptcy petition preparer a defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document Printed Name of Bankruptcy Petition Preparer _____ Social Sec# _____ Address _____ X_____ Signature of Bankruptcy Peiton Preparer  A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment of both 11 U.S.C. 110; 18 U.S.C. 156.

# DEBTOR (S) READ ENTIRE PETITION  SIGN,  AND DATE BELOW & EVERY OTHER PAGE REQUIRED

I declare under penalty of perjury that the information provided in this petition is true and correct.    I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, U.S. Code, understand the relief available under each such Chapter and choose to proceed.  I request relief in accordance with the Chapter of Title 11, United States Code, specified in this petition

Dated: 4/18/2003        **Sign: X** _Matthew Anthony Marshall_
                        Matthew Anthony Marshall

Dated: 4/18/2003        **Sign: X**

---

Exhibit B - Signature of Attorney

Attorney Name: Anita K Gloyeski                Bar No: 23321-85

Law Offices of Peter Francis Geraci
4745 Statesman Dr.
Suite A
Indianapolis IN 46250
317.842.1800
317.842.7400 Fax

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each Chapter.

Attorney Name: Anita K Gloyeski                Dated:____/____/2003

Case 0PI16560TMTES BANKRUPTOMGGGB® 3 of 32

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA FORT WAYNE  DIVISION

In Re:    **Matthew Anthony  Marshall and** _____ **/ Debtors**

Case No. : _____

## STATEMENT OF FINANCIAL AFFAIRS

01. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS:  State the gross amount of income debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the 2 years immediately preceding this case calendar year.

Debtor
2003..........: Approx. $ 800 (colonial Oaks)
2002..........: Approx. 30000 (Kroll)
2001..........: Approx. 35000 (Kroll)
Source........: Employment


Spouse
2003.......: Approx. $6000 Colonial Oaks
2002.......: Approx. 6000 at Accessible Staffing and $35,000 at Colonial Oaks
2001.......: Approx. 30,000 at colonial Oaks
Source......: Employment

02. INCOME OTHER THAN FROM EMPLOYMENT OF OPERATION OF BUSINESS:  State the amount of income received by the debtor OTHER than from employment, trade, profession, or operation of the debtor's business during the 2 years immediately preceding the commencement of this case.          [x] None


Spouse          [x] None


03. PAYMENTS TO CREDITORS:   List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the commencement of this case. INCLUDE MORTGAGE AND VEHICLE PAYMENTS MADE IN THE LAST 3 MONTHS.          [x] None


03b  PAYMENTS TO RELATIVES OR FRIENDS List all payments made within 1 year immediately preceding the commencement of this case or for the benefit of creditors who are or were insiders.  Include co-signers.          [x] None


04. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS: List all lawsuits & administrative proceedings you were a party to within 1 year of today, whether as a plaintiff or defendant or other party: include divorces, injury claims, employment claims and all others.
Case Title...........: Maidenberg Associates
Case No...............: 27D03-0304-SC-1384
Court/Agency Location: Grant Superior Court 3
Nature of Proceeding.: Small Claims, Collection
Suit Status...........: Judgment

04b:  WAGES OR ACCOUNTS GARNISHED: List all property that has been attached, garnished or seized under any legal or equitable process within 1 year:          [x] None


05. REPOSSESSION, FORECLOSURES AND RETURNS:   List all property repossessed, sold at foreclosure sale, deed in lieu of foreclosure, returned to the seller, within 1 year of filing this bankruptcy:
Creditor/Seller.....: Old National Bank
Address.............: See Schedule F
Date.................: 03/12/2003
Property Description: 1995 Mariah Talari Boat
Value...............: $10,000

06. ASSIGNMENTS AND RECEIVERSHIPS: List assignment of property for benefit of creditors within 120 days before filing this bankruptcy:          [x] None


List any property in the hands of a custodian, receiver, or court-appointed official within 1 year of today.          [x] None

07. GIFTS: List all gifts or charitable contributions you made within 1 year before filing this bankruptcy case except ordinary & usual gifts of family members less than $200.00 total per individual family member, & charity contributions less than $100.00 per recipient. [x] None

08. LIST ALL FIRE, THEFT OR GAMBLING LOSSES WITHIN 1 YEAR OF TODAY: [x] None

09. LIST ALL PAYMENTS TO CREDIT COUNSELORS OR BANKRUPTCY ATTORNEYS INCLUDING PETER FRANCIS GERACI: (by you, or by others for you, within 1 year of today)

Payment to debtor's attorney listed on 2016(b)
03/18/2003 $195 04/18/2003 $1100

In addition to Peter Francis Geraci and his employees of his firm, I hired, at no additional fee, attorneys listed on my contract of representation to work on my case. [x] None

10. If you transferred any property of any kind within 1 year of today, give details:
(Other than transfers in ordinary course of business or financial affairs of the debtor, like house sales to strangers, vehicle trade-ins) [x] None

11.If you CLOSED or TRANSFERRED any checking savings, pension, stock, brokerage, mutual fund, credit union or other accounts within 1 year of today, list details: [x] None

12. LIST ANY SAFETY DEPOSIT BOXES OR OTHER DEPOSITORY PLACES the debtor has or had securities, cash, or other valuables within 1 year of today: [x] None

13. LIST ALL SETOFFS by any creditor, such as a bank or credit union, against a debt or deposit of yours within the past year. [x] None

14. LIST ALL PROPERTY IN YOUR NAME WHICH YOU HOLD FOR ANOTHER PERSON: (minor's accounts, vehicle in your name that is really someone else's, account or real estate you are on title for convenience or another) [x] None

15. WHERE HAVE YOU LIVED IN LAST 2 YEARS:

Prior Address: _____, Marion, IN  46952
Names(s)Used: Same
Dates........: 06/2000 to 04/2002

16. COMMUNITY PROPERTY STATES WISCONSIN & OTHERS: If you live or did live in a community property state or territory (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) in last 6 years, name your spouse & ex-spouse & the community property state. [x] None

17. ENVIRONMENTAL INFORMATION: "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of the these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites."Hazardous material" means anything defined as a hazardous waste, hazardous or toxic substances, pollutant, or contaminant, etc. under environmental law.

a. If you have received notice of violation of any ENVIRONMENTAL LAW VIOLATION, list name & address of every site & the governmental unit, date of the notice, & Environmental law: [x] None

b. If you provided notice of release of Hazardous Material, list  name and address of every site and governmental unit. [x] None

c.If you were party to any Environmental Law judicial or administrative proceedings, orders or settlements, give the name & address of  governmental unit that is or was a party to the proceedings,& docket number. [x] None

18. List name, taxpayer ID number, nature & location of any business, sole-proprietor, partnership, corporation in which you had any interest, office, 5% of more voting or equity interest within 6 years of today

Name: Elite Nursing Services
Taxpayer ID Number: [    ]5972
Address: 100 South Washington Street, Suite 101, Marion, IN
Nature of Business: Staffing Agency
Beginning and Ending Dates:  From 8/01-8/02

b.  Identify any business listed in subdivision a.that is "single asset real estate" as defined in 11 U.S.C. 101.          [x] None

19.  List all bookkeepers and accountants in the last 2 years who kept, or supervised the keeping of, your books of account and records.

Name:
Address:
Dates Services Rendered:
                                                                                                                                         [x] None

b. List all firms or individuals who have audited the books of account and records, or prepared a financial          [x] None
statement of yours in the last 2 years.

c. List all firms or individuals who are now in                                                                                      [x] None
possession of your books of account and records of the debtor. If any books or records are not available, explain.

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a     [x] None
financial statement was issued within the last 2 years.

20. INVENTORIES
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

Date of Inventory:
Inventory Supervisor:
Dollar Amount of Inventory:
Basis:  (Cost or Market Basis)

b. List the name and address of the person having possession of the records of each of the two inventories          [x] None
reported in a., above.

21A. Only if you are a partnership, list nature and percentage of interest of each member of it.

b. Only if debtor is a corporation, list officers & directors; each stockholder who directly or indirectly owns,        [x] None
controls, or holds 5% or more of the voting or equity securities of the corporation.

22.  ONLY IF debtor is a partnership, list each member who withdrew from the partnership within 1 year.              [x] None

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated   [x] None
within 1 year immediately preceding the commencement of this case.

23. ONLY IF DEBTOR IS A PARTNERSHIP OR CORPORATION, list withdrawals or distributions or payments,      [x] None
bonuses, loans etc. to insiders, including compensation in any form, in past year.

24. ONLY IF YOU ARE A CORPORATION, list information of parent corporation and taxpayer ID number in last 6   [x] None
years.

25. ONLY IF debtor is not an individual, list name & federal taxpayer ID number of any pension fund to which       [x] None
debtor, as an employer, was responsible for contributing in last 6 years.

22. ONLY IF debtor is a partnership, list each member who withdrew from the partnership within 1 year.    [x] None

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within 1 year immediately preceding the commencement of this case.    [x] None

23. ONLY IF DEBTOR IS A PARTNERSHIP OR CORPORATION, list withdrawals or distributions or payments, bonuses, loans etc. to insiders, including compensation in any form, in past year.    [x] None

24. ONLY IF YOU ARE A CORPORATION, list information of parent corporation and taxpayer ID number in last 6 years.    [x] None

25. ONLY IF debtor is not an individual, list name & federal taxpayer ID number of any pension fund to which debtor, as an employer, was responsible for contributing in last 6 years.    [x] None

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

## Sign: X *Matthew Anthony Marshall*

Dated: __04__ / __18__ /2003    **Matthew Anthony Marshall**

## Sign: X

Dated: __04__ / __18__ /2003

## SIGN AND DATE ABOVE AFTER READING IT

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA FORT WAYNE DIVISION

In Re:

**Matthew Anthony Marshall and** _____ / **Debtor** Case No. : _____

Attorney for Debtor: Anita K Gloyeski

For: Peter Francis Geraci

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES / NO) | PAGES | AMOUNTS ASSETS | SCHEDULED LIABILITIES | OTHER |
|---|---|---|---|---|---|
| SCHEDULE A - Real Property | Yes | 1 | 170,000 | | |
| SCHEDULE B - Personal Property | Yes | — | 118,250 | | |
| SCHEDULE C - Exempt | Yes | — | | | |
| SCHEDULE D - Secured | Yes | — | | 321,060 | |
| SCHEDULE E - UnSecured Priority | Yes | 1 | | | |
| SCHEDULE F - UnSecured NonPriority | Yes | — | | 57,433 | |
| SCHEDULE G - Executory Contracts | Yes | — | | | |
| SCHEDULE H - CoDebtors | Yes | 1 | | | |
| SCHEDULE I - Income | Yes | 1 | | | 1,517 |
| SCHEDULE J - Expenditures | Yes | 1 | | | 1,909 |
| | | | $ 288,250 | $ 378,493 | |

In re:    **Matthew Anthony  Marshall and** ⬜ **/ Debtors**

Case No. : _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or furture interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| **Old National** ⬜ **Sweetser, IN 46987; purchase price $127,600 in 2002 with $2,500 down payment; 3 bdr, 2.5 bath,3500 square feet (Debtor's Residence) (Surrender)** | | | $  170,000 | $  187,958 |
| | | Total | $   170,000 | |

In re:    **Matthew Anthony  Marshall and** ⬜ **/ Debtors**

Case No. : _____

# SCHEDULE B  - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed   only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 01. Cash on Hand | | [x] None |
| 02. Checking, savings or other financial accounts, certificates of deposit or shares in banks. | | |
| **Checking at Mutual Federal account number** ⬜ **6197** | | $   46 |
| 03. Security Deposits with public utilities, telephone companies, landlords and others. | | [x] None |

In re:    **Matthew Anthony Marshall and** _____ / **Debtors**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | |
| **Household goods; TV, VCR, stereo, fax machine, CD player, sofa, loveseat, vacuum, table, chairs, lamps, entertainment center, bedroom set, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware, toaster, coffee maker, lawn mower and tools** | | $ 1,500 |
| **Value City - table/chairs** | **W** | $ 200 |
| **Value City - Furniture** | **W** | $ 100 |
| **Dell - computer** | **H** | $ 200 |
| **HH Gregg - 52" Panasonic TV (surrender)** | **H** | $ 500 |
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and ot | | |
| **Compact discs** | | $ 180 |
| 06. Wearing Apparel | | |
| **Necessary wearing apparel** | | $ 200 |
| 07. Furs and jewelry. | | |
| **Wedding rings** | | $ 500 |
| 08. Firearms and sports, photographic, and other hobby equipment. | | |
| **Golf clubs, camera and bicycle** | | $ 700 |
| 09. Interests in insurance policies. | | |
| **Term Life Insurance - No Cash Surrender Value.** | | 0 |
| 10. Annuities | | [x] None |
| 11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans. | | [x] None |
| 12. Stocks and interests in incorporated and unincorporated businesses. | | [x] None |
| 13. Interest in partnerships or joint ventures. | | [x] None |

In re:   **Matthew Anthony Marshall and** _____ **Debtors**

Case No. : _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed   only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | [x] None |
| 15. Accounts receivable | | |
| **Old National Bank-lien on accounts receivable for Elite Nursing Services (surrender)** | | $ 107,000 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled | | [x] None |
| 17. Other liquidated debts owing debtor including tax refunds. | | [x] None |
| 18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of | | [x] None |
| 19. Contingent and Non-contingent interests in estate of a decedent, death benefit plan, life insura | | [x] None |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims | | |
| **2002 tax refund received and spent 4/03 federal: $2954 state: OWED $23** | | 0 |
| 21. Patents, copyrights and other intellectual property. | | [x] None |
| 22. Licenses, franchises and other general intangibles. | | [x] None |
| 23. Autos, Truck, Trailers and other vehicles and accessories. | | |
| **Fifth Third Bank-2000 Ford Explorer with 57386 miles (Leased Vehicle)** | H | $  7,124 |
| 24. Boats, motors and accessories. | | [x] None |
| 25. Aircraft and accessories. | | [x] None |
| 26. Office equipment, furnishings, and supplies. | | [x] None |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | [x] None |
| 28. Inventory | | [x] None |
| 29. Animals | | |
| **Family Pets: Boston Terrier named Max** | | 0 |
| 30. Crops-Growing or Harvested. | | [x] None |
| 31. Farming equipment and implements. | | [x] None |
| 32. Farm supplies, chemicals, and feed. | | [x] None |
| 33. Other personal property of any kind not already listed. | | [x] None |

|  | Total | $ 118,250 |
|---|---|---|

In re:   **Matthew Anthony  Marshall and** _____ **/ Debtors**

Case No. : _____

# SCHEDULE C  -  PROPERTY CLAIMED EXEMPT

[ ] 11 U.S.C. S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| **00. Real Property** | | | |
| Old National _____ Sweetser, IN 46987; purchase price $127,600 in 2002 with $2,500 down payment; 3 bdr, 2.5 bath,3500 square feet (Debtor's Residence) (Surrender) | IC 34-55-10-2(b)(1) | 0 | $  170,000 |
| **02. Checking, savings or other financial accounts, certificates of deposit or shares in banks.** | | | |
| Checking at Mutual Federal account number 6197 | IC 34-55-10-2(b)(3) | $      46 | $      46 |
| **04. Household goods and furnishings, including audio, video, and computer equipment.** | | | |
| Value City - table/chairs | IC 34-55-10-2(b)(2) | 0 | $    200 |
| Value City - Furniture | IC 34-55-10-2(b)(2) | 0 | $    100 |
| Dell - computer | IC 34-55-10-2(b)(2) | 0 | $    200 |
| HH Gregg - 52" Panasonic TV (surrender) | IC 34-55-10-2(b)(2) | 0 | $    500 |
| Household goods; TV, VCR, stereo, fax machine, CD player, sofa, loveseat, vacuum, table, chairs, lamps, entertainment center, bedroom set, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware, toaster, coffee maker, lawn mower and tools | IC 34-55-10-2(b)(2) | $  1,500 | $  1,500 |
| **05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and ot** | | | |
| Compact discs | IC 34-55-10-2(b)(2) | $    180 | $    180 |
| **06. Wearing Apparel** | | | |
| Necessary wearing apparel | IC 34-55-10-2(b)(2) | $    200 | $    200 |
| **07. Furs and jewelry.** | | | |

In re:  **Matthew Anthony  Marshall and** _____ **/ Debtors**

Case No. : _____

## SCHEDULE C  -  PROPERTY CLAIMED EXEMPT

[ ] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 07. Furs and jewelry. | | | |
| Wedding rings | IC 34-55-10-2(b)(2) | $  500 | $  500 |
| 08. Firearms and sports, photographic, and other hobby equipment. | | | |
| Golf clubs, camera and bicycle | IC 34-55-10-2(b)(2) | $  700 | $  700 |
| 09. Interests in insurance policies. | | | |
| Term Life Insurance - No Cash Surrender Value. | IC 27-1-12-14(c) and (d) | 0 | 0 |
| 15. Accounts receivable | | | |
| Old National Bank-lien on accounts receivable for Elite Nursing Services (surrender) | IC 34-55-10-2(b)(3) | 0 | $  107,000 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims | | | |
| 2002 tax refund received and spent 4/03 federal: $2954 state: OWED $23 | IC 34-55-10-2(b)(3) | 0 | 0 |
| 23. Autos, Truck, Trailers and other vehicles and accessories. | | | |
| Fifth Third Bank-2000 Ford Explorer with 57386 miles (Leased Vehicle) | IC 34-55-10-2(b)(2) | 0 | $  7,124 |
| 29. Animals | | | |
| Family Pets: Boston Terrier named Max | IC 34-55-10-2(b)(2) | 0 | 0 |

BY  WHOM

In re: **Matthew Anthony  Marshall and** _____ **Debtors**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the

| | Creditor Name and Address | Date & Nature of Lien Description/ Secured Value of Lien | Creditors Claim Amount | | Unsecured Portion and Notes |
|---|---|---|---|---|---|
| | | | HWJC | | |
| 1 | **Dell Financial Services** | 03/23/2002 Purchase Money Security | $  2,609 | $ | 2,409 |
| | Account No. ____7001 | Value: $    200 | H | | |
| | Attn: Bankruptcy Dept. PO Box 4125 Carol Stream IL 60197-4125 | Dell - computer | | | |
| | Encore Receivable Management Attn: Bankruptcy Dept. PO Box 3330 | Representing:    Dell Financial Services | | | |
| | Olathe KS 66063-3330 | | | | |
| 2 | **Fifth Third Bank** | 04/2000 Leased Vehicle | $  7,124 | $ | 0 |
| | Account No. ____0018 | Value: $  7,124 | H | | |
| | Attn: Bankruptcy Dept. 38 Fountain Sq. Plaza Cincinnati OH 45263 | Fifth Third Bank-2000 Ford Explorer with 57386 miles (Leased Vehicle) | | | |
| 3 | **HH Gregg/GE Capital** | 5/02 Purchase Money Security | $  2,500 | $ | 2,000 |
| | Account No. ____4696 | Value: $    500 | H | | |
| | Attn: Bankruptcy Dept. PO Box 9001557 Louisville KY 40290 | HH Gregg - 52" Panasonic TV (surrender) | | | |
| 4 | **Old National Bank** | 05/2002 Mortgage | $ 154,000 | $ | 0 |
| | Account No. ____8234 | Value: $  170,000 | | | |
| | Attn: Bankruptcy Dept. 110 East Main Street Muncie IN 47305 | Old National____Sweetser, IN 46987; purchase price $127,600 in 2002 with $2,500 down payment; 3 bdr, 2.5 bath,3500 square feet (Debtor's Residence) (Surrender) | | | |

In re: **Matthew Anthony  Marshall and** _____ / **Debtors**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the

| Creditor Name and Address | Date & Nature of Lien Description/ Secured Value of Lien | Creditors Claim Amount | Unsecured Portion and Notes |
|---|---|---|---|
| | | HWJC | |
| 5 **Old National Bank** | 07/2002 Mortgage - Second | $  33,958 | $          0 |
| Account No. [____]3412 Attn: Bankruptcy Dept. PO Box 3728 Evansville IN 47736 | Value: $  170,000 Old National [____] Sweetser, IN 46987; purchase price $127,600 in 2002 with $2,500 down payment; 3 bdr, 2.5 bath,3500 square feet (Debtor's Residence) (Surrender) | | |
| 6 **Old National Bank** | 11/2002 Non-Purchase Money Security | $  20,000 | $          0 |
| Account No. [____]3089 Attn: Bankruptcy Dept. PO Box 3728 Evansville IN 47736 | Value: $  107,000 Old National Bank-lien on accounts receivable for Elite Nursing Services (surrender) | | |
| Krieg De Vault  One Indiana Square Suite 2800 Indianapolis IN 46204 | Representing:      Old National Bank | | |
| 7 **Old National Bank** | 2002 Non-Purchase Money Security | $  98,289 | $    98,289 |
| Account No. [____]8760 Attn: Bankruptcy Dept. PO Box 3728 Evansville IN 47736 | Value: $  107,000 Old National Bank-lien on accounts receivable for Elite Nursing Services (surrender) | | |
| Krieg-Devaul & Attorneys Attn: Bankruptcy Dept. Suite 2800  Indianapolis IN 46204-2079 | Representing:      Old National Bank | | |
| 8 **Value City Furniture** | 5/02 Purchase Money Security | $    1,518 | $     1,318 |
| Account No. [_____]9411 Attn: Bankruptcy Department Box 9767 Macon GA 31297 | Value: $      200 Value City - table/chairs | W | |

In re: **Matthew Anthony  Marshall and** _____ / **Debtors**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the

| Creditor Name and Address | Date & Nature of Lien Description/ Secured Value of Lien | Creditors Claim Amount | Unsecured Portion and Notes |
|---|---|---|---|
| | | HWJC | |
| 9 **Value City Furniture** | 5/02 Purchase Money Security | $   1,062 | $      962 |
| Account No. _____ 7015 Attn: Bankruptcy Dept. Box 9767 Macon GA 31297 | Value: $    100 Value City - Furniture | W | |

TOTAL   $       321,060

---

In Re:  **Matthew Anthony  Marshall and** _____ / **Debtors**

Case No. : _____

## SCHEDULE E - CREDITORS HOLDING <u>UNSECURED</u> PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the

Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a) (7).

Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a) (8).

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | Contigent Unliquidated Disputed Codebtor | Claim Amount and Notes* |
|---|---|---|---|

**[x] None**

---

Description                          BY  WHOM

In re: **Matthew Anthony  Marshall and** _____ **/ Debtors**

Case No. : _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is

| Creditor Name and Address Account # | Date Claim Was Incurred Consideration for claim | HWJC | Claim Amount |
|---|---|---|---|
| 1 **Discover Financial**<br>Account No. _____ 4916<br><br>Attn: Bankruptcy Dept.<br>PO Box 8003<br>Hilliard OH 43026 | 90-10/02<br><br>Credit Card or Credit Use | H | $  4,271 |
| 2 **Ewer and Moritz, PC**<br>Account No.<br><br>PO Box 1029 517<br>Marion IN 46952 | 2002<br><br>Debt Owed | | $    400 |
| 3 **First Horizon**<br>Account No. _____ 1463<br><br>Attn: Bankruptcy Dept.<br>PO Box 1545<br>Memphis TN 38101-1545 | 8/02<br><br>Credit Card or Credit Use | J | $  4,565 |
| 4 **Gateway**<br>Account No. _____ 9025<br><br>Attn: Bankruptcy Dept.<br>PO Box 8181<br>Gray TN 37615 | 2000-8/01<br><br>Credit Card or Credit Use | | $  1,687 |
| 5 **KHESLC**<br>Account No. _____ 4740<br><br>Attn: Bankruptcy Dept.<br>PO Box 9001774<br>Louisville KY 40290-1774 | 1999-4/03<br><br>Loan or Tuition for Education | | $ 11,250 |

In re: **Matthew Anthony  Marshall and** _____ **/ Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not inlclude claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC".  If the claim is contigent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is

| Creditor Name and Address Account # | Date Claim Was Incurred Consideration for claim | HWJC | Claim Amount |
|---|---|---|---|
| 6  **Lowes**<br>Account No. ____5760<br><br>Attn: Bankruptcy Dept.<br>PO Box 103079<br>Roswell GA 30076-9079 | 01-8/02<br><br>Credit Card or Credit Use | J | $  1,211 |
| 7  **Maidenberg Associates**<br>Account No. ____1384<br><br>Attn: Bankruptcy Dept.<br>325 East 2nd Street<br>Marion IN 46952<br><br>  Morris A. Kelsay<br>  Attn: Bankruptcy Dept.<br>  514 South Adams Street<br>  Marion IN 46953 | 3/14/2002<br><br>Housing/Rental/Lease<br><br>Judgment<br><br>Representing:  Maidenberg Associates | J | $  3,066 |
| 8  **Marion General Hospital**<br>Account No. ____1488<br><br>Attn: Bankruptcy Dept.<br>441 N. Wabash Ave.<br>Marion IN 46952-2690 | 01/03/2002<br><br>Medical/Dental Services | | $  1,064 |
| 9  **MBNA**<br>Account No. ____1544<br><br>Attn: Bankruptcy Dept.<br>3451 Harry S. Truman Blvd<br>St. Charles MO 63301 | 2000-2/01<br><br>Credit Card or Credit Use | | $  1,236 |

Case 03-11856    Doc 1    Filed 04/24/03    Page 18 of 32

In re: **Matthew Anthony Marshall and** _____ / Debtors

Case No. : _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is

| Creditor Name and Address Account # | Date Claim Was Incurred Consideration for claim | HWJC | Claim Amount |
|---|---|---|---|
| 10 **Old National Bank** <br> Account No. ____ 3931 <br><br> Attn: Bankruptcy Dept. <br> 110 E. Main St. <br> Muncie IN 47305 | 01-3/03 <br><br> Deficiency, Repo'd/Surr'd Auto <br><br> Repossessed Boat | H | $ 8,600 |
| 11 **Provident Bank** <br> Account No. ____ 8789 <br><br> Attn: Bankruptcy Dept. <br> PO Box 1844 <br> Cincinnati OH 45274-1844 | 98-9/02 <br><br> Credit Card or Credit Use | H | $ 2,339 |
| Alegis Group, LP <br> Attn: Bankruptcy Dept. <br> 9700 Bissonnet St. #2000 <br> Houston TX 77036-8002 | Representing:    Provident Bank | | |
| 12 **Sallie Mae** <br> Account No. ____ 7401 <br><br> Attn: Bankruptcy Dept. <br> PO Box 9500 <br> Wilkes Barre PA 18773-9500 | 1993-4/03 <br><br> Loan or Tuition for Education | W | $ 2,827 |
| 13 **Sallie Mae** <br> Account No. ____ 3101 <br><br> Attn: Bankruptcy Dept. <br> PO Box 9500 <br> Wilkes Barre PA 18773-9500 | 07/14/1995 <br><br> Loan or Tuition for Education | H | $ 6,669 |

In re: **Matthew Anthony Marshall and** _____ / Debtors

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contigent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is

| | Creditor Name and Address<br>Account # | Date Claim Was Incurred<br>Consideration for claim | HWJC | Claim Amount |
|---|---|---|---|---|
| 14 | **SBC**<br>Account No.  ____8766<br><br>Attn: Bankruptcy Dept.<br>SBC Bill Center<br>Chicago IL 60663 | 02-8/02<br><br>Utility Bills/Cellular Service | H | $    660 |
| 15 | **Sears**<br>Account No.  ____2798<br><br>Attn: Bankruptcy Dept.<br>PO Box 7901<br>Des Moines IA 50322 | 93-11/02<br><br>Credit Card or Credit Use | H | $  2,346 |
| 16 | **Shell**<br>Account No.  ___0703<br><br>Attn: Bankruptcy Dept.<br>P.O. Box 20383<br>Kansas City MO 64195 | 00-8/02<br><br>Credit Card or Credit Use | J | $    609 |
| 17 | **Staples**<br>Account No.  _____0136<br><br>Attn: Bankruptcy Dept.<br>PO Box 9029<br>Des Moines IA 50368-9029 | 00-8/02<br><br>Credit Card or Credit Use | W | $  1,142 |

In re:  **Matthew Anthony  Marshall and** _____ **/ Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contigent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claims is

| Creditor Name and Address Account # | Date Claim Was Incurred Consideration for claim | HWJC | Claim Amount |
|---|---|---|---|
| 18  **The College Network**  Account No. [____] 9904  Attn: Bankruptcy Detp. PO Box 35860 Las Vegas NV | 01-11/02  Loan or Tuition for Education | W | $  2,376 |
| American Credit Exchange Attn: Bankruptcy Dept. PO Box 35860 Las Vegas NV 89133-5860 | Representing:   The College Network | | |
| 19  **Verizon Wireless**  Account No. [____] 0754  Attn: Bankruptcy Dept. 777 Big Timber Rd. Elgin IL 60123-1488 | 00-8/02  Utility Bills/Cellular Service | H | $  1,115 |
| National Enterprise System Attn: Bankruptcy Dept. 29125 Solon Rd. Solon OH 44139 | Representing:   Verizon Wireless | | |
| | **TOTAL** | $ | 57,433 |

In re:  **Matthew Anthony  Marshall and** _____ **/ Debtors**

Case No. : _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interest: State nature of debtor's interest in contracts, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appro schedule of creditors.

| Name and Address of Other Parties to Instrument | Notes of contract or Lease and Debtor's Interest |
|---|---|
| 1  **Fifth Third Bank**  Attn: Bankruptcy Dept. 38 Fountain Sq. Plaza Cincinnati OH 45263 | Contract Type: Lease on Vehicle |

In re: **Matthew Anthony  Marshall and** _____ **/ Debtors**

Case No. : _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

Name and Address of Codebtor                                    Name and Address of Creditor

**[x] None**

In re: **Matthew Anthony Marshall and** _____ **/ Debtors**

Case No. : _____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Dependent(s)  Chis Wernick, 17, son
Currently Expecting Child

**Debtor's Marital Status:**
**Married**

**EMPLOYMENT:**                                                    SPOUSE
Occupation:              Maintenance                    Nurse
Name of Employer:    Colonial Oaks                    Colonial Oaks
Years Employed         2 months                        _____
Employer Address:     Address_____

| | DEBTOR | SPOUSE |
|---|---|---|
| **INCOME:** | | |
| Current monthly gross wages, salary, and commissions | 520.00 | 2,253.33 |
| Estimated Monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | | |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | 104.00 | 936.00 |
| b. Insurance | 0.00 | 216.67 |
| c. Union dues | 0.00 | 0.00 |
| d. Other:  Pension | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $104.00 | $1,152.67 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | 416.00 | 1,100.66 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social Security or other government assistance | $ 0.00 | |
| | | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | | |
| | $ 0.00 | |
| | | $ 0.00 |
| **TOTAL MONTHLY INCOME** | $ 416.00 | $ 1,100.67 |
| **TOTAL COMBINED MONTHLY INCOME** | $ 1,516.67 | |

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:

In re: **Matthew Anthony  Marshall and** [                    ] **/ Debtors**

Case No. :

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | 1st Mortgage/Rent | 600.00 |
| Are real estate taxes included?        [x] Yes [ ] No | 2nd  Mortgage | 0.00 |
| Is property insurance included?        [x] Yes [ ] No | 3rd Mortgage | 0.00 |
| Utilities:    Electricity and heating fuel | $ | 175.00 |
| Water and Sewer | $ | 0.00 |
| Telephone | $ | 75.00 |
| Other | $ | 0.00 |
| | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 400.00 |
| Clothing | $ | 50.00 |
| Laundry and Dry Cleaning | $ | 40.00 |
| Medical and Dental expenses | $ | 25.00 |
| Transportation (not including car payments) | $ | 274.00 |
| Recreation, clubs, and entertainment,  etc. | $ | 50.00 |
| Newspapers, Magazines | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or Renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 50.00 |
| Other | | |
| Taxes (not deducted from wages or included in home mortgage payments.) | $ | 0.00 |
| Installment Payments: | | |
| Auto | $ | 0.00 |
| Other | | |
| Auto Repair | $ | 50.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | |
| Regular expenses from operation of business, profession, farm (attach detailed statement) | | |
| Other  Haircuts | $ | 40.00 |
| Personal Care | $ | 50.00 |
| Postage/Banking | $ | 30.00 |
| Contacts | $ | 0.00 |
| Babysitting/Childcare | | |
| Tuition, Books | $ | 0.00 |
| Student  Loans | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$** | **1,909.00** |

In Re:    **Matthew Anthony Marshall and** [_____] **/ Debtors** _____

Case No. : _____

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL/JOINT  DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information and belief.  I have disclosed on the foregoing schedules all property or assets I may have an interest in, the correct value of it, and every debt I may be liable for.  I accept the risk that some debts won't be discharged.  I have been advised of the difference between Chapter 7 and Chapter 13, income & expense concepts, budgeting, and have made full disclosure.

Debtor's attorney has advised debtor that creditors can object to discharge of their debt on a variety of grounds includiung fraud, recent credit usage, divorce and support obligations and reckless conduct.

Debtor's attorney has advised debor that non-dischargeable debts such as taxes, student loans, fines by govenment units and liens on property of debtor are generally unaffected by bankruptcy.

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

**Sign: X**    *Matthew Anthony Marshall*

Dated: __04 / 18__ /2003    **Matthew Anthony  Marshall**

**Sign: X** [_____]

Dated: __04 / 18__ /2003    [_____]

**SIGN AND DATE ABOVE**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF INDIANA FORT WAYNE  DIVISION

In re     **Matthew Anthony  Marshall and** ☐ **Debtors**          2003 APR 24   AM 9: 47

Case No. :

Attorney for Debtor: Anita K Gloyeski

### STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:

| | | |
|---|---|---|
| For legal services rendered, Debtor(s) agrees to pay | $ | 1,295 |
| Prior to the filing of this Statement, Debtor(s) has paid | $ | ~~195~~ 1295 |
| Balance Due | -$ | ~~1,100~~ 0 |

2.  The Filing Fee has been paid.

3.  The Service rendered or to be rendered include the following:

    (a)  Analysis of the financial situation, and rendering advice and assistance to the client in determining whether to file
         a petition under Title 11, U.S.C.
    (b)  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  Representation of the client at the first meeting of creditors.
    (d)  Advice as required.

4.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and none other.

5.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any,
    will be from earnings, wages and compensation for services performed and none other.

6.  The undersigned has received no transfer, assignment or pledge of property from the debtor(s) except the following
    for the value stated:  None.

7.  The undersigned has not shared or agreed to share with any other entity, other than with members of the
    undersigned's law firm, any compensation paid or to be paid except as follows:  None.

Respectfully submitted,

Dated: _____4_/_21_____/2003

Attorney Name: Anita K Gloyeski

Bar No: 23321-85

Law Offices of Peter Francis Geraci
4745 Statesman Dr.
Suite A
Indianapolis IN 46250
317.842.1800

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF INDIANA

## FORT WAYNE  DIVISION

In Re:   **Matthew Anthony  Marshall and** [                    ] **/ Debtors**

---

### NOTICE TO INDIVIDUAL CONSUMER DEBTOR                2003 APR 24  AM 9: 47

---

THE PURPOSE OF THIS NOTICE IS TO ACQUAINT YOU WITH THE FOUR CHAPTERS OF THE FEDERAL BANKRUPTCY CODE UNDER WHICH YOU MAY FILE A BANKRUPTCY PETITION.  THE BANKRUPTCY LAW IS COMPLICATED AND NOT EASILY DESCRIBED. THEREFORE, YOU SHOULD SEEK THE ADVICE OF AN ATTORNEY TO LEARN OF YOUR RIGHTS AND RESPONSIBILITIES UNDER THE LAW SHOULD YOU DECIDE TO FILE A PETITION WITH THE COURT.  COURT EMPLOYEES ARE PROHIBITED FROM GIVING YOU LEGAL ADVICE.

---

**CHAPTER 7:** Liquidation ($155 filing fee plus $45 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property.  You may claim certain of your property as exempt under governing law.  The trustee then liquidates the property and uses the proceeds to pay your creditors according to the priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, l and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution , l and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to valid security interest.  Your attorney can explain the
 options that are available to you.

**Chapter 13:** Repayment of all or part of the debts of an individual with regular income ($145 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.  Usually, the period allowed by the court to repay your debts is three years, but no more than five years.  Your plan must be approved by the court before it can take effect.

3.  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11:** Reorganization ($800 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to some debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** Family farmer ($200 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a  period of time from future earnings and is in many ways similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

Dated:_____04___/__18____/2003          _Matthew A. Marshall_
                                        Matthew Anthony  Marshall

Dated:_____04___/__18____/2003

## SIGN AND DATE ABOVE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE  DIVISION

2003 APR 24  AM 9: 47

In Re  **Matthew Anthony  Marshall and** _____ **/ Debtors**

Case No.: _____

## STATEMENT OF INTENTION

Attorney for Debtor: Anita K Gloyeski

1. Debtor(s) have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. Debtor(s) intention with respects to this property of the estate which secures those consumer debts is as follows:

**Property to be Surrendered**

| **Description of Property** | **Creditor's Name** | **Intention** |
|---|---|---|
| Old National _____, IN 46987; purchase price $127,600 in 2002 with $2,500 down payment; 3 bdr, 2.5 bath,3500 square feet (Debtor's Residence) (Surrender) | **Old National Bank**<br>Attn: Bankruptcy Dept.<br>110 East Main Street<br>Muncie IN 47305 | Surrender |
| Old National _____, IN 46987; purchase price $127,600 in 2002 with $2,500 down payment; 3 bdr, 2.5 bath,3500 square feet (Debtor's Residence) (Surrender) | **Old National Bank**<br>Attn: Bankruptcy Dept.<br>PO Box 3728<br>Evansville IN 47736 | Surrender |
| Fifth Third Bank-2000 Ford Explorer with 57386 miles (Leased Vehicle) | **Fifth Third Bank**<br>Attn: Bankruptcy Dept.<br>38 Fountain Sq. Plaza<br>Cincinnati OH 45263 | Surrender |
| HH Gregg - 52" Panasonic TV (surrender) | **HH Gregg/GE Capital**<br>Attn: Bankruptcy Dept.<br>PO Box 9001557<br>Louisville KY 40290 | Surrender |
| Old National Bank-lien on accounts receivable for Elite Nursing Services (surrender) | **Old National Bank**<br>Attn: Bankruptcy Dept.<br>PO Box 3728<br>Evansville IN 47736 | Surrender |
| Old National Bank-lien on accounts receivable for Elite Nursing Services (surrender) | **Old National Bank**<br>Attn: Bankruptcy Dept.<br>PO Box 3728<br>Evansville IN 47736 | Surrender |

**Property to be Retained**

| **Description of Property** | **Creditor's Name** | **Intention** |
|---|---|---|
| Value City - table/chairs | **Value City Furniture** | Reaff @ Fair Market Value |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

In Re   **Matthew Anthony  Marshall and** _____ **/ Debtors** _____

Case No. : _____

## STATEMENT OF INTENTION

<u>Attorney for Debtor: Anita K Gloyeski</u>

1. Debtor(s) have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. Debtor(s) intention with respects to this property of the estate which secures those consumer debts is as follows:

Attn: Bankruptcy
Department
Box 9767
Macon GA 31297

Value City - Furniture                **Value City Furniture**                Reaff @ Fair Market Value

Attn: Bankruptcy Dept.
Box 9767
Macon GA 31297

Dell - computer                **Dell Financial Services**                Reaff @ Fair Market Value

Attn: Bankruptcy Dept.
PO Box 4125
Carol Stream IL
60197-4125

*524(c):  Debt will be reaffirmed pursuant to Sec. 524(c)
*722:  Property is claimed as exempt and will be redeemed pursuant to Sec. 722

3.  Debtor(s)  understand that 521 (2) (B) of the Bankruptcy Code requires that the above stated intentions be performed within 45 days

Sign: X _____

Dated: __4_ / _18_ /2003   **Matthew Anthony Marshall**

Sign: X _____

Dated: __4_ / _18_ /2003

## SIGN AND DATE ABOVE

Case 9:20-cr-00032-DWM    Document 174-21    Filed 02/24/22    Page 29 of 32

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE  DIVISION

**RECEIVED**

In Re:   **Matthew Anthony  Marshall and** [_____] **/ Debtors**

APR 2 4 2003

JAMES BONINI, Clerk
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Dated: _04_ , _18_ /2003

Matthew Anthony  Marshall

Dated: _04_ , _18_ /2003

## SIGN AND DATE ABOVE

```
Dell Financial Services
Attn: Bankruptcy Dept.
PO Box 4125
Carol Stream IL 60197-4125

Discover Financial
Attn: Bankruptcy Dept.
PO Box 8003
Hilliard OH 43026

Ewer and Moritz, PC
PO Box 1029 517
Marion IN 46952

Fifth Third Bank
Attn: Bankruptcy Dept.
38 Fountain Sq. Plaza
Cincinnati OH 45263

Fifth Third Bank
Attn: Bankruptcy Dept.
38 Fountain Sq. Plaza
Cincinnati OH 45263

First Horizon
Attn: Bankruptcy Dept.
PO Box 1545
Memphis TN 38101-1545

Gateway
Attn: Bankruptcy Dept.
PO Box 8181
Gray TN 37615

HH Gregg/GE Capital
Attn: Bankruptcy Dept.
PO Box 9001557
Louisville KY 40290

KHESLC
Attn: Bankruptcy Dept.
PO Box 9001774
Louisville KY 40290-1774

Lowes
Attn: Bankruptcy Dept.
PO Box 103079
Roswell GA 30076-9079

Maidenberg Associates
Attn: Bankruptcy Dept.
325 East 2nd Street
Marion IN 46952
```

Marion General Hospital
Attn: Bankruptcy Dept.
441 N. Wabash Ave.
Marion IN 46952-2690

MBNA
Attn: Bankruptcy Dept.
3451 Harry S. Truman Blvd
St. Charles MO 63301

Old National Bank
Attn: Bankruptcy Dept.
110 East Main Street
Muncie IN 47305

Old National Bank
Attn: Bankruptcy Dept.
PO Box 3728
Evansville IN 47736

Old National Bank
Attn: Bankruptcy Dept.
PO Box 3728
Evansville IN 47736

Old National Bank
Attn: Bankruptcy Dept.
PO Box 3728
Evansville IN 47736

Old National Bank
Attn: Bankruptcy Dept.
110 E. Main St.
Muncie IN 47305

Provident Bank
Attn: Bankruptcy Dept.
PO Box 1844
Cincinnati OH 45274-1844

Sallie Mae
Attn: Bankruptcy Dept.
PO Box 9500
Wilkes Barre PA 18773-9500

Sallie Mae
Attn: Bankruptcy Dept.
PO Box 9500
Wilkes Barre PA 18773-9500

SBC
Attn: Bankruptcy Dept.
SBC Bill Center
Chicago IL 60663

```
Sears
Attn: Bankruptcy Dept.
PO Box 7901
Des Moines IA 50322

Shell
Attn: Bankruptcy Dept.
P.O. Box 20383
Kansas City MO 64195

Staples
Attn: Bankruptcy Dept.
PO Box 9029
Des Moines IA 50368-9029

The College Network
Attn: Bankruptcy Detp.
PO Box 35860
Las Vegas NV

Value City Furniture
Attn: Bankruptcy Department
Box 9767
Macon GA 31297

Value City Furniture
Attn: Bankruptcy Dept.
Box 9767
Macon GA 31297

Verizon Wireless
Attn: Bankruptcy Dept.
777 Big Timber Rd.
Elgin IL 60123-1488
```