| 31410 | SMS - Inbox | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** +13237463192 | **Time stamp (Device time +00:00):** | 9/2/2015 4:14:31 AM |
| | **To:** Me <+18123058776> | | |
| | **Remote party:** +13237463192 | | |
| | Direction: Incoming | Read status: Read | Deleted: No |
| | Burner says: Hey, your code is 340339 - enter it on the app registration page to finish signing up. Thanks! | | |

GOVERNMENT
EXHIBIT
___134___
20-32-M-DWM

SENSITIVE MATERIAL SUBJECT TO PROTECTIVE ORDER

| User Data | | | |
|---|---|---|---|
| User ID | Phone | Date created (UTC) | Last updated (UTC) |
| 81c7973b-0f12-4208-9b83-e1daae2ed409 | 18123058776 | 9/2/2015 4:15 | 11/16/2020 0:18 |
| | | | |
| Owned Numbers | | | |
| Phone number | Date created (GMT 0:00) | Date burned / expired (GMT 0:00) | |
| 12028693383 | 9/4/2017 13:56 | 10/4/2017 14:02 | |
| 13475662572 | 10/20/2018 3:07 | 11/3/2018 3:11 | |
| 14062015836 | 9/22/2017 20:00 | 10/22/2017 20:02 | |
| 14159388147 | 3/14/2016 1:46 | 4/13/2016 1:47 | |
| 15072001697 | 10/9/2016 23:41 | 10/30/2016 23:42 | |
| 15713368565 | 11/3/2015 8:49 | 12/3/2015 8:50 | |
| 15813192086 | 9/2/2015 4:15 | 9/9/2015 4:17 | |
| 16502279055 | 6/30/2017 8:21 | 7/30/2017 8:22 | |
| 17023294783 | 8/19/2018 19:15 | 9/2/2018 19:20 | |
| 17026379983 | 11/14/2018 23:47 | 12/14/2018 23:55 | |
| 17028058257 | 3/23/2017 22:38 | 4/6/2017 22:42 | |
| 17032496616 | 12/7/2016 4:10 | 1/6/2017 4:13 | |
| 17704625582 | 7/10/2018 21:18 | 8/14/2018 21:53 | |
| 18179521876 | 12/22/2017 6:27 | 1/21/2018 6:32 | |
| 19314318010 | 11/22/2017 4:26 | 12/28/2017 18:30 | |
| 19514053225 | 5/16/2017 19:06 | 6/15/2017 19:12 | |
| 19735878059 | 9/2/2015 7:03 | 10/2/2015 7:05 | |