| 527 | Title: | sicario 2 trailer - Google Search |
|---|---|---|
|  | URL: | https://www.google.com/search?q=sicario+2+trailer&ie=UTF-8&oe=UTF-8&hl=en-us&client=safari |
|  | Last viewed (Device time +00:00): | 12/23/2017 12:11:42 AM |
|  | Thumbnail: | E81F11B4-8ABB-4A50-A92F-D54DD2E52CFA |

GOVERNMENT
EXHIBIT

134a
20-32-M-DWM



| 7298 | ✉ | SMS - Sent | | | SMS |
|---|---|---|---|---|---|
| | **Description:** (No description) | | | | |
| | **From:** Me <+18123058776> | | | **Time stamp (Device time +00:00):** | 12/21/2017 3:55:44 AM |
| | **To:** +19314318010 | | | | |
| | **Remote party:** +19314318010 | | | | |
| | Direction: Outgoing | | Read status: Read | | Deleted: No |
| | Tell CM to take a deep breath. I'm not too uptight about it. They actually did me a favor by calling the character Matty. The flip flops make me more uptight than anything because I caught more dirty looks from the ambo over that and my gym attire in the embassy than anything else. Poor Anne aged 10 years during those 3 years. Maybe you'll be lucky and they will have a character that resembles your ugly mug in part 2. Lol....the hairy gay dboy | | | | |

| 7299 | ↩ ✉ | SMS - Inbox | | | SMS |
|---|---|---|---|---|---|
| | **Description:** (No description) | | | | |
| | **From:** +19314318010 | | | **Time stamp (Device time +00:00):** | 12/21/2017 2:55:07 AM |
| | **To:** Me <+18123058776> | | | | |
| | **Remote party:** +19314318010 | | | | |
| | Direction: Incoming | | Read status: Read | | Deleted: No |
| | dude, someone keeps leaking info on your exploits across the border. Part 2 is coming out? Cookie Monster just dropped a golden egg when I showed him the trailer. His response was of fuck, Matty is going to have a nervous breakdown with this shit. Any idea who spilled so many details? And now they are plugging a halo scene? Do we think it's the mx marinos?   thriller out | | | | |