

GOVERNMENT EXHIBIT
134b
20-32-M-DWM



7023 | MMS - Inbox | **MMS**

**Subject:** (No subject)

| **From:** +18179521876 | **Time stamp (Device time +00:00):** | 12/29/2017 11:19:52 PM |

**To:** Me <+18123058776>

**Remote party:** +18179521876

| Direction: Incoming | Read status: Read | Deleted: No |

Just had this sent to my inbox with a few questions that I don't know how to field. They are all over this movie issue. They are looking for similarities to include your gear setup. Frenchy is taking point so expect a call from him. I have assured them the leak is definitely not from you and they are, or strongly appear to be, comfortable that it was not you either.

**Attachments** (1)



📎 90f62e1c-64.jpeg

## 7280 SMS - Inbox

**Description:** (No description)

**From:** +18179521876

**Time stamp (Device time +00:00):** 12/22/2017 6:39:24 AM

**To:** Me <+18123058776>

**Remote party:** +18179521876

Direction: Incoming    Read status: Read    Deleted: No

This seems to be hitting too close to home. I just viewed the official trailer and I don't want to speculate prematurely but there seems to be a female character in some of the shots that makes me very uncomfortable that it's portraying me. Have you spoken to HQ or CB?

## 7281 MMS - Inbox

**Subject:** (No subject)

**From:** +18179521876

**Time stamp (Device time +00:00):** 12/22/2017 6:37:43 AM

**To:** Me <+18123058776>

**Remote party:** +18179521876

Direction: Incoming    Read status: Read    Deleted: No

**Attachments** (1)

📎 d550dc09-cd.jpeg

## 7282 SMS - Inbox

**Description:** (No description)

**From:** +18179521876

**Time stamp (Device time +00:00):** 12/22/2017 6:35:53 AM

**To:** Me <+18123058776>

**Remote party:** +18179521876

Direction: Incoming    Read status: Read    Deleted: No

Hey Mr., getting lots of calls the past 2 days about this movie. Any idea where they got so much in depth detail? Paco sent me this photo and said that looks exactly like your normal dress from your shirts, pants and more precisely the exact p carrier only you wore with those god awful gloves with the giant knuckles.