

| 16548 | | SMS - Inbox | | SMS |
|---|---|---|---|---|
| | **Description:** (No description) | | | |
| | **From:** +15072001697 | | **Time stamp (Device time +00:00):** | 10/21/2016 8:43:16 PM |
| | **To:** Me <+18123058776> | | | |
| | **Remote party:** +15072001697 | | | |
| | Direction: Incoming | Read status: Read | | Deleted: No |
| | I know this is a sensitive topic but we still cannot understand how you were able to get your gf pregnant based on the medical data we have. We were neglect in not telling you the extreme risks involved because from a medical perspective we did not think it was even a remote possibility. We chose to not discuss because we were concerned us giving you that news would add an additional stress load on your body and if we have any chance for survivability we need to decrease your stressors or we will hit the brick wall. | | | |

GOVERNMENT
EXHIBIT

____134c____
20-32-M-DWM



| 16549 | SMS - Inbox | | | SMS |
|---|---|---|---|---|
| | **Description:** (No description) | | | |
| | **From:** +15072001697 | | **Time stamp (Device time +00:00):** | 10/21/2016 8:37:19 PM |
| | **To:** Me <+18123058776> | | | |
| | **Remote party:** +15072001697 | | | |
| | Direction: Incoming | Read status: Read | | Deleted: No |
| | Mr. Marshall<br>I can't apologize enough for the additional burdens we placed on you this appointment. The team is astonished with how you are even able to function at this point after the heartfelt conversation we had late last night. We are gravely concerned with your level of physical and emotional stress, elevated blood pressure/heart rate, intermittent motor function deficiencies, scan results and the blood work. It's never easy delivering less than desirable news to any patient let alone one whom we developed such a close relationship with. Your compassion and empathy have made us reflect on how we are medical professionals and people as a whole. We want to help do everything we can to continue this fight and want an opportunity to regain your trust. You said some harsh things last night but in honesty it was deserved. | | | |

Case: 280876, IMEI: 354893094448859, Apple iPhone 8　　　　Oxygen Forensic® Detective - 11.6.2.100

| 16698 | | SMS - Inbox | | | **SMS** |
|---|---|---|---|---|---|
| | **Description:** (No description) ||||||
| | **From:** +15072001697 | | | **Time stamp (Device time +00:00):** | 10/17/2016 2:36:23 PM |
| | **To:** Me <+18123058776> |||||
| | **Remote party:** +15072001697 |||||
| | Direction: Incoming | | Read status: Read | | Deleted: No |
| | Yes Doctor P mentioned that during our brief. How far along is she? And please stick to your appointment this week as it's clear that we need to sit and have a very serious discussion about the latest information. It's not my preference to send these types of messages but it's crucial we see you this week. |||||

| 16747 | SMS - Sent | | | SMS |
|---|---|---|---|---|
| | **Description:** (No description) | | | |
| | **From:** Me <+18123058776> | | **Time stamp (Device time +00:00):** | 10/15/2016 2:49:41 AM |
| | **To:** +15072001697 | | | |
| | **Remote party:** +15072001697 | | | |
| | Direction: Outgoing | Read status: Read | | Deleted: No |
| | Yes she is. I'm guessing one of the other Doctor's mentioned that? | | | |

| 16748 | SMS - Inbox | | | SMS |
|---|---|---|---|---|
| | **Description:** (No description) | | | |
| | **From:** +15072001697 | | **Time stamp (Device time +00:00):** | 10/15/2016 1:29:17 AM |
| | **To:** Me <+18123058776> | | | |
| | **Remote party:** +15072001697 | | | |
| | Direction: Incoming | Read status: Read | | Deleted: No |
| | Good evening Mr. Marshall. Doing an end of week review with the team and I was told that your girlfriend is pregnant? | | | |

Case: 280876, IMEI: 354893094448859, Apple iPhone 8  Oxygen Forensic® Detective - 11.6.2.100

| 16872 | SMS - Inbox | | SMS |
|---|---|---|---|

**Description:** (No description)

**From:** +15072001697

**Time stamp (Device time +00:00):** 10/10/2016 12:04:11 AM

**To:** Me <+18123058776>

**Remote party:** +15072001697

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Mr. Marshall
We are collaborating with Dr. Tamargo at John's Hopkins and we collectively agree with the diagnosis I presented to you on the phone. It's imperative that you rest as much as possible, take the additional meds we prescribed earlier and eat and drink on a regular schedule even if you don't feel up to it. It appears from the scans that you are self resolving to a degree but we'd like to get you here in the next week or two. I understand you are in a very difficult personal situation right now as well but we have to determine ways to manage the stress of that as well or it's going to lead to further and more critical complications. When we discussed things to help your body offload physiological stressors and it doesn't sound like you've been overly successful with sticking to that plan. I greatly respect you and I know I come off as lecturing but the importance of frequent exercise and frequent sexual release along with some type of alcohol(1-2) drinks 5x's weekly and quiet time for decompression will help us avoid a catastrophic ending. I know that's doom and gloom sounding but we can dictate how the progresses but need you to do your part. I also understand your gf is several weeks pregnant and we will need to discuss that during your visit. Do you have any questions for me? So for this lengthy message but our communications are still poor until we are back on US soil. Dr. Z

| 1057 | +15072001697 | | | | |
|---|---|---|---|---|---|
| | | **Device (Owner name)** | Apple iPhone 8 (Matthew Marshall) | **Phones** | |
| | | **Photo** | | **Home** | +15072001697 |
| | | roup | +15072001697 Ma o eurolog Team | **Recovere ata** | Yes |
| | | **Data source** | Phonebook (De ice), Messages (+15072001697), hatsApp Messenger (Contacts\Phonebook) | | |