

GOVERNMENT EXHIBIT 134d 20-32-M-DWM