| 378 | Message ID: | 424 |
|---|---|---|
| | Direction: | Outgoing message |
| | Remote party: | |
| | Remote party name: | New Phone |
| | Time stamp (Device time +00:00): | 03/24/2017 05:57:39 AM |
| | Content: | Sorry for the late text but I don't like leaving things said that might be misinterpreted. My text earlier tonight was definitely NOT me subtly telling you I was paranoid that the message I got had validity to it. I know I'm getting fucked with in an effort to add fuel to the fire. I trust you, I trust our friendship and I trust the route that I'm taking Amyntor. We probably are victim to lack of availability/communication much of the time because I can't keep you up to speed via email, phone or text. We are swimming so deep with the great white sharks right now that comm discipline is paramount way more than ever. I worry sometimes you think I'm compartmentalizing things away from you but it is ONLY to protect you, [____], the kids and your family. I've made a few mistakes the past 4 years in the process of building Amyntor but I'm comfortable with owning them and taking solace in the fact they were minor bumps and not crash landings. Maybe it's the difference between a tech/VC genius(you) and my case officer long ball mentality. Honestly though, we are almost exactly on the same page with the what, the how and the why but it just looks different to you right now because of the lack of supporting narrative. I'm just asking for trust and faith that I have your back all the way and will do everything in my power to make a dent in this industry and bring home the bacon.<br><br>FYI- I really don't care about [____] or what he says about me. The "he's just a dumb fucking Marine" comments really have some entertainment value to them. I'm convinced he just hates anyone and everyone who doesn't bow to him in awe and fear. I don't know if you hear all the stuff that he does and I wouldn't waste your time or brain space to tell you anymore. He will be a self correcting problem if I had to wager a bet. I respect your relationship with him and where he benefits you and you're the boss.<br><br>[____] on the other hand is a necessary conversation. There's much more to the story and after I met with [____] his radar perked way up and now he's been validating the BS [____] has been shoveling. It's a problem and I know you don't want to hear this and will doubt me, but I know there's some active plotting going on and his buddy [____] has an active role in it. We would call this shit they are doing influence/counter influence operations. Happy to share what I'm hearing consistently from a couple independent trustworthy and inside sources. |
| | Type: | Text |

GOVERNMENT
EXHIBIT

134f

20-32-M-DWM

| 379 | **Message ID:** | 423 |
|---|---|---|
| | **Direction:** | Outgoing message |
| | **Remote party:** | |
| | **Remote party name:** | New Phone |
| | **Time stamp (Device time +00:00):** | 03/24/2017 04:18:45 AM |
| | **Content:** | Brother- don't let my sarcasm freak you out. I promised you if I ever royally fucked up(which I don't intend to do), you wouldn't have to fire me, I'd resign. I do wish you were more up to speed on the chess moves that are taking place with Amyntor and that what may look odd from the outside is just part of this fucking dysfunctional process that we operate in. The company is going to be a success at this point, with or without me. As far as _____ goes, it is what it is and he does plenty of shit talking about me to people he feels like are in his control. He says some pretty crazy shit that I've just chosen to laugh about as opposed to getting pissed and confrontational. _____....yikes, there's plenty of shit that he's done and continues to do that makes my life difficult because it reflects back on me and Amyntor. I also believe he's doing some pretty shady shit leveraging himself for the run for sheriff. He's failed to accept, either because he's crazy or delusional, that he's surrounded by real life spy guys that are aware of what he's doing and the bullshit he's spreading in an effort to sell people on his make believe Jason Bourne past. I am throwing caution to you on this, you need to trust me and my background on how to handle him because he will attempt to throw you to the wolves if it helps him get what he wants. I know this as fact. |
| | **Type:** | Text |
| 380 | **Message ID:** | 422 |
| | **Direction:** | Incoming message |
| | **Remote party:** | |
| | **Remote party name:** | New Phone |
| | **Time stamp (Device time +00:00):** | 03/24/2017 03:55:08 AM |
| | **Content:** | Geez brother don't make me start worrying about you getting a case of the paranoias about me EVER firing you. We have enough reality shit to worry about, like what needs to improve together to make Amyntor the success it deserves to be! I don't know where / how _____ would be speculating about anything because I rarely chitchat with him about anything, and you can sure as hell bet I'd never say or even hint at anything negative about Amyntor or you to him of all people given the past rough spots between you. As far as _____ goes, I've given up being surprised at the manipulative & crazy BS that comes out of that mouth of his. I heard today from _____ _____ about another doozy of a bald-faced lie that _____ told right to _____'s face, not being smart enough to know _____ could verify he was lying with one phone call. _____ also told me that _____'s ex wife said that about 6 years ago _____ told her he was some kind of secret assassin for the agency! |
| | **Type:** | Text |

| 381 | **Message ID:** | 421 |
|---|---|---|
| | **Direction:** | Outgoing message |
| | **Remote party:** | |
| | **Remote party name:** | New Phone |
| | **Time stamp (Device time +00:00):** | 03/24/2017 03:37:09 AM |
| | **Content:** | I've had Marlow and the team all over it but they have done a good job of covering their tracks. The burner phones are auto generated numbers that lead back to a black hole. I'm guessing it's him and his collective of psychos who are being extra careful and fucking with me in the process of doing additional damage to you. I was impressed that whomever wrote it was at least using proper grammar. I'm ok with the LE folks having this but if we can't track the number there's no chance they'll be able to. If you are going to fire me at least wait until I get some of these big contracts going so you get your money back. If I was guessing fuckhead is capturing other people's texts as well because [ ] and [ ] both have made mention of you firing me to other people and that's likely where he's getting that information to use to fire me up. Pretty good manipulation tactics on his part. |
| | **Type:** | Text |
| 382 | **Message ID:** | 420 |
| | **Direction:** | Incoming message |
| | **Remote party:** | |
| | **Remote party name:** | New Phone |
| | **Time stamp (Device time +00:00):** | 03/24/2017 03:23:51 AM |
| | **Content:** | Hey brother. Sorry for slow response. We were out to dinner with [ ] (the [ ] dealership guy, who's also the finance chair for the MT Republican Party) & his wife. Well it looks like our old friend fuckhead is back.   Can you have your guys try to trace the source? At first I thought the grammar was too good for fuckhead but then I found a few emails he sent to [ ] where the sentence structure is similar. I doubt it's a coincidence that simultaneous to you getting this message [ ] has been sending messages to [ ], [ ] and some of my other exes where she's trying to make them feel betrayed & jealous to get them pissed at me in a pitiful  attempt to win allies. Didn't you get messages just like this a while back, before my [ ] blowup? If you still happen to have them   can you check to see if it's from the same burner phone? If you're ok with it we should feed all of this to the law enforcement guys, especially since it's looking likely we'll have good support on the fed side to finally nail him (along with [ ] in a two-fer). |
| | **Type:** | Text |
| 383 | **Message ID:** | 419 |
| | **Direction:** | Outgoing message |
| | **Remote party:** | |
| | **Remote party name:** | New Phone |
| | **Time stamp (Device time +00:00):** | 03/24/2017 01:14:54 AM |
| | **Content:** | Any guess who that came from? |
| | **Type:** | Text |

 

(702) 805-8257

Text Message
Today 4:46 PM

The game is afoot. Your business partner is plotting to close your company and then fire you and out your family in the streets. It's his way of conducting business and as long as he's nestled up with his stripper girlfriend he doesn't care what trail of destruction he leaves behind him. Face it, youre fucked the minute he knows he doesn't need you to help save his ass from all of his misdeeds. You've committed crimes to help cover up his fuckups and it means nothing to him. You're a fucking idiot. Hope you like being on the unemployment line and homeless.

| 384 | Message ID: | 418 |
|---|---|---|
| | Direction: | Outgoing message |
| | Remote party: | |
| | Remote party name: | New Phone |
| | Time stamp (Device time +00:00): | 03/23/2017 11:40:44 PM |
| | Content: | Media/14068852413@s.whatsapp.net/8/b/8b4f67cc-d4a4-4fcc-a915-39b8af319a3a.jpg |
| | Type: | Image |
| | Caption: | This was sent to me less than an hour ago. |
| | File size: | 123.56 KB |