Sent with ProtonMailSecure Email.

See email

Matt Marshall
Chief Executive Officer
Amyntor Group, LLC
913 Wisconsin Ave. Suite #202
Whitefish, MT 59937
Office: 406-862-0427
Mobile: 812-305-8776
mmarshall@amyntorgroup.com
www.amyntorgroup.com

---

**From:** Karen Valladao <kvalladao@frankrimerman.com>
**Date:** Thursday, October 20, 2016 at 4:11 PM
**To:** Matt Marshall <mmarshall@amyntorgroup.com>
**Subject:** Flights

Hi Matt,

To follow up on the credit card transactions, since we can't help with many of the credit card related issues, what about us preparing a folder of past/current charges of each card issued for your review? Having that on hand would likely help with creating new policies. With the personal flights we discussed for [ ] I think some backup documentation would allow employees to realize the expense that's created from personal use and the issues it would likely cause with the IRS. Considering the potential problems we are already facing with cleaning up wires, home purchases and vehicles for friends of [ ] I don't think we should invite additional scrutiny into any of the associated entities. We should talk live later next week if you are available.

Thanks,

Karen



**Karen Valladao**

**Frank, Rimerman + Co.** LLP | kvalladao@frankrimerman.com

650.845.8105 | 1801 Page Mill Road | Palo Alto, California 94304 | www.frankrimerman.com


http://www.frankrimerm

**GOVERNMENT EXHIBIT**
136g
20-32-M-DWM

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Frank, Rimerman + Co. LLP would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

Matt Marshall
Chief Executive Officer
Amyntor Group, LLC
● Wisconsin Ave. Suite #202
● ●efish, MT 59937
Office: 406-862-0427
Mobile: 812-305-8776
mmarshall@amyntorgroup.com
www.amyntorgroup.com

---

**From:** Karen Valladao <kvalladao@frankrimerman.com>
**Date:** Tuesday, November 3, 2016 at 9:28 AM
**To:** Matt Marshall <mmarshall@amyntorgroup.com>
**Subject:** Follow up on bill

Matt, we got the bill taken care of but need a better plan as we move forward. It's hard to track on our end and things slip through the cracks more often than not. I have been struggling to properly categorize and reconcile all the past cash transactions and property purchases Mike has made over the last several years. Next time I am in town I'd like to sit with you and get some input on if there are people I'm missing or large items that we need to account for as something other than gifts. The penalties will be steep and will cause additional scrutiny by the IRS. We desperately want to avoid this scenario with everything else going on.  thanks, Karen


**Karen Valladao**

**Frank, Rimerman + Co.** LLP  |  kvalladao@frankrimerman.com

● ●5.8105  |  1801 Page Mill Road  |  Palo Alto, California  94304  |  www.frankrimerman.com

http://www.frankrimerm

---

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This message contains confidential or proprietary information and is intended only for the individual named. You should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. As the recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Copyright 2017, Amyntor Group LLC.