From: **Aliceinwonderland63** <Aliceinwonderland63@protonmail.com>
Date: Wed, Nov 14, 2018 at 5:36 PM
Subject: Shalom
To: ☐ < ☐

exciting times ahead for all in the two bears organization.

finally accountability and consequences knocking hard on the door where there is no escape or way to slither out of the prison youve put yourself in with your arrogance and lack of care for people of the world in general.

breaking up marriages, families, children in pain and in therapy as you have skipped carelessly thru life looking out for only those who worship you and bend to your sexual and mental illness. your hooker wife can only fool a few but everyone knows the truth about who you both are. lies, deception, hurt, vindictive, evil, sociopath, narcissit are words to best describe you both. wait until the headlines hit this time and the fassad youve buit crumbles.

the 26th is a small piece and you have made so many enemies now some who you think are on your side will seal your fate. we have enjoyed the 10 plus years of waiting and watching for justice but you have finally met your grim reaper and he waits at your door while you think you are winning. you should have brokered a peaceful ending but instead your arrogance has ended your evil reign and you dont even know it. all of the woman you have wronged will get their pound of flesh. the children you have abandoned will know you were held accountable. watch how quick people will turn on you. i wait patiently for the news cycle, the book, the end of a serial rapist of girls and his love of the strppers and escorts humilitated like he has done to so many. we are thankful you chose to betray your partner who kept the demons away and now unleashes death and destruction on your world. we will sit and celebrate as your end unfolds.

you should have spared your innocent children the shame you caused them and will cause again soon. you are shameful and disgusting. you cant help yourself and your evil queen will rot with you.

vindicated finally for what you did to me and wife and kids and the innocent people

Sent with ProtonMail Secure Email.

GOVERNMENT EXHIBIT
140
20-32-M-DWM