Passwords:

Wells Fargo CEO Panel: gizimap2018!
Personal: Dookie1975!

Proton Email Account: Meusoc@protonmail.com
Dookie1975#

Whitewalker09
Noeasyday!

OathKeeper70
Noeasyday!

Aliceinwonderland63
Spann1999

IRS:
Username: Soto6356
Password: Dookie1975#

CompuPay:
Mmarshall66
Jem15386356$

Amyntor Group: Dookie1975# or dookie1975#

Alarm.Com: mmarshall@amyntorgroup.com
Dookie1975#
House: Mmarshall1

QuickBooks Intuit- Dookie1975!

DELTA Frequent Flyer Numbers:
Password: Dookie1975#
▓▓▓ - 9110692507
        9361767172

Dearborn National:
F021029.1
Ironkey2017

Facebook: noeasyday!

Sandisk Password: Spann1999

GOVERNMENT
EXHIBIT
140a
20-32-M-DWM