| 415 | SMS - Sent | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 11/25/2018 8:54:20 PM |
| | **To:** Chief <+_____> | | |
| | **Remote party:** Chief <+_____> | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | He just got caught and it's probably time to hang up the gloves. I worked out with him yesterday morning and he looked really good and felt really strong but I could tell he was just moving a little slow and tentative to engage. | | |

| 416 | SMS - Inbox | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** _____ _____ | **Time stamp (Device time +00:00):** | 11/25/2018 3:57:16 PM |
| | **To:** Me <+18123058776> | | |
| | **Remote party:** Chief <+_____> | | |
| | Direction: Incoming | Read status: Read | Deleted: No |
| | I would think no time to screw with ____ after last night.<br>Did he get caught or is he just done? Press sounds like he shouldn't have fought? | | |

**GOVERNMENT EXHIBIT**

309
20-32-M-DWM

| 496 | ✉ | SMS - Inbox | | SMS |
|---|---|---|---|---|

**Description:** (No description)

| **From:** | ☐ ☐ | **Time stamp (Device time +00:00):** | 11/24/2018 4:48:49 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** Chief ☐ <+ ☐ >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

What should I tell the judge Monday when I talk to him about ☐

**510   SMS - Sent**   SMS

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 11/23/2018 8:25:16 PM

**To:** Chief        <+          >
**Remote party:** Chief        <+          >

Direction: Outgoing     Read status: Read     Deleted: No

Thank you sir.

---

**511   SMS - Inbox**   SMS

**Description:** (No description)

**From:**

**Time stamp (Device time +00:00):** 11/23/2018 8:24:25 PM

**To:** Me <+18123058776>
**Remote party:** Chief        <+          >

Direction: Incoming     Read status: Read     Deleted: No

You bet have a good flight

---

**512   SMS - Sent**   SMS

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 11/23/2018 8:23:58 PM

**To:** Chief        <+          >
**Remote party:** Chief        <+          >

Direction: Outgoing     Read status: Read     Deleted: No

Yikes. This is bad news. I will talk to her today. Thanks for the heads up.

513 | ✉ | MMS - Inbox | **MMS**

| **Subject:** (No subject) | |
|---|---|
| **From:** | **Time stamp (Device time +00:00):** 11/23/2018 8:21:47 PM |

**To:** Me <+18123058776>

**Remote party:** Chief　　　<+　　　>

Direction: Incoming　　　Read status: Read　　　Deleted: No

Hi Matt I wanted to email this to you, but our system is down for maintenance. So I took a screenshot of it. I thought this was taken care of but obviously it's not. The only way it can be taken care of is by a personal appearance bond is currently $5,000. I apologize but one of the clerks who has since been fired screwed this up and the judge is demanding a personal appearance please let me know if I can do anything else I'll try have a good time

**Attachments** (1)

.jpg

| 516 | SMS - Sent | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 11/23/2018 5:53:40 PM |
| | **To:** Chief [ ] <+[ ]> | | |
| | **Remote party:** Chief [ ] <+[ ]> | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | No worries! | | |

| 517 | SMS - Inbox | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** [ ] [ ] | **Time stamp (Device time +00:00):** | 11/23/2018 5:44:53 PM |
| | **To:** Me <+18123058776> | | |
| | **Remote party:** Chief [ ] <+[ ]> | | |
| | Direction: Incoming | Read status: Read | Deleted: No |
| | Thanks for yesterday we really enjoyed ourselves, you guys are like family. Enjoy your trip. Give our love and thanks to [ ]. I will get you that Warrant after I workout | | |

| 5601 | SMS - Inbox | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** ☐ ☐ | **Time stamp (Device time +00:00):** | 3/31/2018 7:23:55 AM |
| | **To:** Me <+18123058776> | | |
| | **Remote party:** Chief ☐ <+ ☐ | | |
| | Direction: Incoming | Read status: Read | Deleted: No |
| | My pleasure | | |

| 5602 | SMS - Sent | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 3/31/2018 7:23:28 AM |
| | **To:** Chief ☐ <+ ☐ > | | |
| | **Remote party:** Chief ☐ + ☐ > | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | Man, that's two favors I owe you. Greatly appreciated. If you stop my wife, feel free to give her a ticket though. Lol....you're a good man ☐ | | |

| 5603 | SMS - Inbox | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** ☐ ☐ | **Time stamp (Device time +00:00):** | 3/31/2018 7:21:58 AM |
| | **To:** Me <+18123058776> | | |
| | **Remote party:** Chief ☐ <+ ☐ > | | |
| | Direction: Incoming | Read status: Read | Deleted: No |
| | Done, | | |

**5604** | SMS - Sent | SMS

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 3/31/2018 7:21:15 AM

**To:** Chief <+ >
**Remote party:** Chief <+ >

Direction: Outgoing   Read status: Read   Deleted: No

If you drop it I will owe you a cold beer. Believe me, she won't say a word or I will hold her while [ ] waterboards her. They're super close friends of mine and normally stay at my house but I have family here.

---

**5605** | SMS - Inbox | SMS

**Description:** (No description)

**From:** [ ] [ ]

**Time stamp (Device time +00:00):** 3/31/2018 7:18:20 AM

**To:** Me <+18123058776>
**Remote party:** Chief <+ >

Direction: Incoming   Read status: Read   Deleted: No

If she and he are your friends I have no problem dropping it just tell them not to make it public

---

**5606** | SMS - Sent | SMS

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 3/31/2018 7:16:44 AM

**To:** Chief <+ >
**Remote party:** Chief <+ >

Direction: Outgoing   Read status: Read   Deleted: No

I'd feel like a shit head asking you to drop a ticket.

---

**5607** | SMS - Sent | SMS

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 3/31/2018 7:16:22 AM

**To:** Chief <+ >
**Remote party:** Chief < >

Direction: Outgoing   Read status: Read   Deleted: No

I agree that's a bit much. She's normally a total saint so I'm surprised she was speeding at all. She's mortified and was shitting bricks when she told me. I told her she embarrassed me and she got teary eyed and apologized.

### 5608 — SMS - Inbox

**Description:** (No description)

**From:** [redacted]

**Time stamp (Device time +00:00):** 3/31/2018 7:16:16 AM

**To:** Me <+18123058776>

**Remote party:** Chief [redacted] <+[redacted]>

Direction: Incoming    Read status: Read    Deleted: No

If u ask

### 5609 — SMS - Inbox

**Description:** (No description)

**From:** [redacted]

**Time stamp (Device time +00:00):** 3/31/2018 7:16:07 AM

**To:** Me <+18123058776>

**Remote party:** Chief [redacted] <+[redacted]>

Direction: Incoming    Read status: Read    Deleted: No

I will

### 5610 — SMS - Inbox

**Description:** (No description)

**From:** [redacted]

**Time stamp (Device time +00:00):** 3/31/2018 7:14:03 AM

**To:** Me <+18123058776>

**Remote party:** Chief [redacted] <+[redacted]>

Direction: Incoming    Read status: Read    Deleted: No

You want me to make the ticket go away?

### 5611 — SMS - Inbox

**Description:** (No description)

**From:** [redacted]

**Time stamp (Device time +00:00):** 3/31/2018 7:13:26 AM

**To:** Me <+18123058776>

**Remote party:** Chief [redacted] <+[redacted]>

Direction: Incoming    Read status: Read    Deleted: No

75 in a 45 a little much. I thought her husband looked like a fighter



| 5612 | SMS - Sent | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 3/31/2018 7:11:16 AM |
| | **To:** Chief [ ] + [ ] > | | |
| | **Remote party:** Chief [ ] <+ [ ] > | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | I just chewed her ass out for you again. Her and her husband [ ] are here to hang out with us for their spring break and for me to do some training with her husband while he's getting ready for a fight. He's a famous UFC fighter and is going to karate chop her when he finds out she got a ticket here. She said [ ] gave her the ticket and I had to fight off laughing when I said he's the Chief. Haha | | |

| 5613 | SMS - Sent | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 3/31/2018 7:03:51 AM |
| | **To:** Chief [ ] <+ [ ] | | |
| | **Remote party:** Chief [ ] <+ [ ] > | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | You just popped [ ] for speed? | | |