| 5536 | SMS - Sent | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 4/6/2018 6:23:44 PM |
| | **To:** Chief ☐ <+☐> | | |
| | **Remote party:** Chief ☐ <+☐> | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | Of course. Technical malfunction. | | |
| 5537 | SMS - Inbox | | SMS |
| | **Description:** (No description) | | |
| | **From:** ☐ ☐ | **Time stamp (Device time +00:00):** | 4/6/2018 6:13:59 PM |
| | **To:** Me <+18123058776> | | |
| | **Remote party:** Chief ☐ <+☐> | | |
| | Direction: Incoming | Read status: Read | Deleted: No |
| | That can be arranged, recording off of course | | |

GOVERNMENT EXHIBIT
310
20-32-M-DWM

| 5540 | SMS - Sent | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 4/6/2018 6:00:36 PM |
| | **To:** Chief ▢ <+▢▢▢▢▢▢▢> | | |
| | **Remote party:** Chief ▢ <+▢▢▢▢▢▢▢> | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | Yes sir. For sure. And it will help with keeping ▢ on task. He often times needs my foot in his ass to be timely.<br><br>Also, I didn't see your vm about shit head calling about turning himself in. Me and all the boys were out last night hitting all the hot spots you told me about hoping to run into him. If he does turn himself in at your department I'd sure like to have a chat with him and encourage him to relocate out of Whitefish. | | |
| 5541 | SMS - Inbox | | SMS |
| | **Description:** (No description) | | |
| | **From:** ▢▢ ▢▢▢▢ | **Time stamp (Device time +00:00):** | 4/6/2018 5:29:38 PM |
| | **To:** Me <+18123058776> | | |
| | **Remote party:** Chief ▢ <+▢▢▢▢▢▢> | | |
| | Direction: Incoming | Read status: Read | Deleted: No |
| | ▢ Called me today about the ARs. ▢▢▢▢ and I are supposed to meet with him week after next. Do you want to be involved so we get what you think we need? | | |



| 5839 | SMS - Inbox | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** | **Time stamp (Device time +00:00):** | 3/16/2018 6:46:02 PM |
| | **To:** Me <+18123058776> | | |
| | **Remote party:** Chief <+         > | | |
| | Direction: Incoming | Read status: Read | Deleted: No |
| | Yes, I'm skiing give [   ] a call he can send it to u. | | |

| 5840 | SMS - Sent | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 3/16/2018 5:36:02 PM |
| | **To:** Chief [   ] <+         > | | |
| | **Remote party:** Chief [   ] <+         > | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | Good morning Chief- any chance you can send me the mugshot of shit head 1 & 2 so the guys can see a clear photo for ID'ing them in case they make contact. I won't be shocked if he gets arrested that he won't go looking for [   ] to try and scare her. | | |

| 5877 | 📧 ✉️ | SMS - Inbox | | SMS |
|---|---|---|---|---|
| | **Description:** (No description) | | | |
| | **From:** | | **Time stamp (Device time +00:00):** | 3/14/2018 5:45:01 PM |
| | **To:** Me <+18123058776> | | | |
| | **Remote party:** Chief　　<+　　> | | | |
| | Direction: Incoming | Read status: Read | Deleted: No | |
| | I'm sure that could be arranged | | | |

| 5878 | | SMS - Sent | | SMS |
|---|---|---|---|---|
| | **Description:** (No description) | | | |
| | **From:** Me <+18123058776> | | **Time stamp (Device time +00:00):** | 3/14/2018 5:44:22 PM |
| | **To:** Chief　　<+　　> | | | |
| | **Remote party:** Chief　　<+　　> | | | |
| | Direction: Outgoing | Read status: Read | Deleted: No | |
| | I can live with that. I'd like to have him in an interview room for about 15 mins so I can explain to him the error of his ways and gently persuade him to pack his shit and leave. I will get the statement to you today. | | | |

**5879** SMS - Inbox    **SMS**

**Description:** (No description)

**From:** ☐ ☐                                        **Time stamp (Device time +00:00):** 3/14/2018 5:41:39 PM

**To:** Me <+18123058776>

**Remote party:** Chief ☐ <+ ☐

Direction: Incoming    Read status: Read    Deleted: No

I talked to her prosecutor this morning she's researching to see if she can charge anything else but not looking like it probably just disorderly conduct

---

**5880** SMS - Sent    **SMS**

**Description:** (No description)

**From:** Me <+18123058776>    **Time stamp (Device time +00:00):** 3/14/2018 5:40:57 PM

**To:** Chief ☐ <+ ☐

**Remote party:** Chief ☐ <+ ☐ >

Direction: Outgoing    Read status: Read    Deleted: No

Got it

---

**5881** SMS - Inbox    **SMS**

**Description:** (No description)

**From:** ☐ ☐                                        **Time stamp (Device time +00:00):** 3/14/2018 5:40:37 PM

**To:** Me <+18123058776>

**Remote party:** Chief ☐ <+ ☐ >

Direction: Incoming    Read status: Read    Deleted: No

And that she was some reasonable apprehension of her safety is really important she gets that in there and the safety of your daughter

---

**5882** SMS - Inbox    **SMS**

**Description:** (No description)

**From:** ☐ ☐                                        **Time stamp (Device time +00:00):** 3/14/2018 5:40:15 PM

**To:** Me <+18123058776>

**Remote party:** Chief ☐ <+ ☐ >

Direction: Incoming    Read status: Read    Deleted: No

As detailed as possible

| 5883 | SMS - Sent | | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |
| | **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 3/14/2018 5:02:46 PM |
| | **To:** Chief [ ] <+[ ]> | | |
| | **Remote party:** Chief [ ] <+[ ]> | | |
| | Direction: Outgoing | Read status: Read | Deleted: No |
| | Good morning Chief- how detailed do you want this statement from my wife? | | |