Case: 280876, IMEI: 354893094448859, Apple iPhone 8



**761**   ✉ | SMS - Sent   **SMS**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 11/11/2018 6:09:11 PM

**To:** Chief [ ] <+[ ]

**Remote party:** Chief [ ] < [ ] >

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

He did tell me! Now you can enjoy the rest of your trip and know that's over. And we will help you with the garage when you are back.

---

**763**   | SMS - Inbox   **SMS**

**Description:** (No description)

**From:** [ ] [ ]

**Time stamp (Device time +00:00):** 11/11/2018 4:17:25 PM

**To:** Me <+18123058776>

**Remote party:** Chief [ ] <+[ ] >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Don't know if 2x, [ ] told you or not, but Shane chose to resign. Having .ca,a great time hunting. Please have my garage completed upon my return

GOVERNMENT EXHIBIT

316

20-32-M-DWM

Oxygen Forensic® Detective - 11.6.2.100

| 1516 | | | SMS - Sent | | SMS |
|---|---|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/8/2018 12:59:30 AM

**To:** Chief [____] <+[_____]

**Remote party:** Chief [_____] <+[_____]

Direction: Outgoing        Read status: Read        Deleted: No

Not that I know of but she's been going out there riding for quite some time. I'm pretty sure she doesn't and it's just free horseback riding for them.

| 1518 | | | SMS - Inbox | | SMS |
|---|---|---|---|---|---|

**Description:** (No description)

**From:** [____] [_____]

**Time stamp (Device time +00:00):** 10/8/2018 12:16:39 AM

**To:** Me <+18123058776>

**Remote party:** Chief [_____] <+[_____]

Direction: Incoming        Read status: Read        Deleted: No

Does Shane's daughter have a disability?

**1519** | ✉ | MMS - Sent | **MMS**

**Subject:** (No subject)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 10/8/2018 12:13:10 AM |

**To:** Chief [ ] <+[ ]>

**Remote party:** Chief [ ] < [ ]

| Direction: Outgoing | Read status: Read | Deleted: No |

Got it. I will text him tomorrow. I'd bet a million it went from Shane to [ ] to [ ] I saw a social media post of Shane's wife and daughter at Two Bear horse therapy so they are undoubtedly communicating.

**Attachments** (1)

EIC

**1520** | | SMS - Inbox | **SMS**

**Description:** (No description)

| **From:** [ ] [ ] | **Time stamp (Device time +00:00):** | 10/7/2018 11:56:55 PM |

**To:** Me <+18123058776>

**Remote party:** Chief [ ] < [ ] >

| Direction: Incoming | Read status: Read | Deleted: No |

I need to know who told him.

**1521** | | SMS - Inbox | **SMS**

**Description:** (No description)

| **From:** [ ] [ ] | **Time stamp (Device time +00:00):** | 10/7/2018 11:55:14 PM |

**To:** Me <+18123058776>

**Remote party:** Chief [ ] <+[ ] >

| Direction: Incoming | Read status: Read | Deleted: No |

No I want to hear what he said

**1522** | **SMS - Sent** | **SMS**

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 10/7/2018 11:53:17 PM

**To:** Chief ▢ <+ ▢

**Remote party:** Chief ▢ <+ ▢

Direction: Outgoing          Read status: Read          Deleted: No

Would you prefer I not meet him?

**1523** | **SMS - Sent** | **SMS**

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 10/7/2018 11:53:04 PM

**To:** Chief ▢ <+ ▢

**Remote party:** Chief ▢ <+ ▢ >

Direction: Outgoing          Read status: Read          Deleted: No

I was going to text him at some point tomorrow. I have someone flying in tonight so I will be pretty tied up tomorrow.

**1524** | **SMS - Inbox** | **SMS**

**Description:** (No description)

**From:** ▢ ▢

Time stamp (Device time +00:00): 10/7/2018 11:25:44 PM

**To:** Me <+18123058776>

**Remote party:** Chief ▢ <+ ▢

Direction: Incoming          Read status: Read          Deleted: No

When are you meeting with ▢ ?

| 1641 | ✉ | SMS - Sent | SMS |
|---|---|---|---|

**Description:** (No description)

| From: Me <+18123058776> | Time stamp (Device time +00:00): | 10/4/2018 2:53:48 AM |
|---|---|---|

**To:** Chief [ ] <+[ ]>

**Remote party:** Chief [ ] <+[ ]>

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

So, that must mean I'm going to start getting a paycheck.

| 1642 | | SMS - Inbox | SMS |
|---|---|---|---|

**Description:** (No description)

| From: [ ] [ ] | Time stamp (Device time +00:00): | 10/4/2018 1:52:17 AM |
|---|---|---|

**To:** Me <+18123058776>

**Remote party:** Chief [ ] < [ ]>

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Better be there, or your suspended

| 1643 | ✉ | SMS - Sent | SMS |
|---|---|---|---|

**Description:** (No description)

| From: Me <+18123058776> | Time stamp (Device time +00:00): | 10/4/2018 1:42:39 AM |
|---|---|---|

**To:** Chief [ ] <+[ ]

**Remote party:** Chief [ ] <+[ ]>

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Yes sir. [ ] told me to drop it off tomorrow morning.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

**1644** | | SMS - Inbox | **SMS**

**Description:** (No description)

| From: | | | **Time stamp (Device time +00:00):** | 10/4/2018 1:39:54 AM |

**To:** Me <+18123058776>

**Remote party:** Chief _____ <+ _____

Direction: Incoming          Read status: Read          Deleted: No

Do we have a statement yet



| 2040 | ✉ | SMS - Sent | | SMS |
|---|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 9/13/2018 2:32:52 AM

**To:** Chief [ ] < [ ]

**Remote party:** Chief [ ] <+ [ ] >

Direction: Outgoing          Read status: Read                    Deleted: No

Lol. Ok

| 2041 | ✉ | SMS - Inbox | | SMS |
|---|---|---|---|---|

**Description:** (No description)

**From:** [ ] [ ]

Time stamp (Device time +00:00): 9/13/2018 2:20:21 AM

**To:** Me <+18123058776>

**Remote party:** Chief [ ] <+ [ ] >

Direction: Incoming          Read status: Read                    Deleted: No

I mhaving dinner in Helena with a woman who would kick your and my ass and HOT I'll call you later.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8

Oxygen Forensic® Detective - 11.6.2.100

| 2050 | ✉ | SMS - Sent | SMS |
| --- | --- | --- | --- |

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 9/13/2018 2:08:34 AM

**To:** Chief [ ] <+[ ]

**Remote party:** Chief [ ] <+[ ]

Direction: Outgoing        Read status: Read        Deleted: No

Are you going to give me a break and take a deep breath and let Shane go on this trip Friday? I'd offer you a year of free golf but that might be bribery. If you let him go that's going to help the overall cause.

561





| 2170 | | SMS - Inbox | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |

**From:** ☐ ☐                                          **Time stamp (Device time +00:00):** 9/5/2018 1:47:53 AM

**To:** Me <+18123058776>

**Remote party:** Chief ☐ <+ ☐ >

Direction: Incoming            Read status: Read            Deleted: No

Thanks much appreciated.

| 2171 | | SMS - Sent | SMS |
|---|---|---|---|
| | **Description:** (No description) | | |

**From:** Me <+18123058776>                          **Time stamp (Device time +00:00):** 9/5/2018 1:45:54 AM

**To:** Chief ☐ <+ ☐

**Remote party:** Chief ☐ < ☐

Direction: Outgoing            Read status: Read            Deleted: No

I trust both of you guys with my life. I sure as hell trust both of you to do shit the right way. I will back you guys no matter which way you go.

| 2172 | SMS - Inbox | SMS |
|---|---|---|

**Description:** (No description)

| **From:** | | | **Time stamp (Device time +00:00):** | 9/5/2018 1:34:32 AM |
|---|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** Chief ___ <+___

Direction: Incoming    Read status: Read    Deleted: No

POST not Pist

| 2173 | ✉ SMS - Inbox | SMS |
|---|---|---|

**Description:** (No description)

| **From:** | | | **Time stamp (Device time +00:00):** | 9/5/2018 1:34:02 AM |
|---|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** Chief ___ <+___

Direction: Incoming    Read status: Read    Deleted: No

I don't plan on telling him unless I am instructed to by City Mgr and Attorney.
If you look at the statute 2-2-104. We will have to show that he didn't do his job because of the things ___ has done for him. Preponderance would be sufficient. By PIST Arm's he cannot accept gifts. Need to take our time and not fuck this up. Thanks for having confidence in ___ and me.

2177 | SMS - Sent                                                                    **SMS**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):**    9/4/2018 10:18:29 PM

**To:** Chief [____] <+[____]

**Remote party:** Chief [____] [____] >

Direction: Outgoing                    Read status: Read                    Deleted: No

It just dawned on me if you spill the beans to Shane before the hunting trip he won't go. For what it's worth I'd slow roll it a bit and not do anything to spook him before the trip. If you are just trying to unscrew Shane and not send the grim reaper for him I have an idea. It's just how I would handle him and of course my opinion means nothing in this scenario because it's your world and I'm just living in it. It really comes down to what you guys want to do for an end result.

2205



| SMS - Inbox | **SMS** |
|---|---|

**Description:** (No description)

**From:** [ ] [ ]  **Time stamp (Device time +00:00):** 9/3/2018 8:13:14 PM

**To:** Me <+18123058776>

**Remote party:** Chief [ ] <+[ ]

Direction: Incoming          Read status: Read          Deleted: No

I'm against Labor Day that's why I'm putting the sheeting on my garage today. Why don't [ ] and I come over to your place tomorrow I'd like both him and me to be there and we can discuss it and look at your timeline. I'm going 2 work for another couple hours and then I'mma sit down and drink several cold beers.



| 2225 | SMS - Inbox | SMS |
|---|---|---|

**Description:** (No description)

**From:**

**Time stamp (Device time +00:00):** 9/2/2018 10:28:08 PM

**To:** Me <+18123058776>

**Remote party:** Chief <+ >

Direction: Incoming          Read status: Read          Deleted: No

, sorry I missed you I will give you a call tomorrow about the Shane thing