Case: 280876, IMEI: 354893094448859, Apple iPhone 8                                    Oxygen Forensic® Detective - 11.6.2.100

## 35406 — iMessage - Sent

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 5/7/2015 5:12:06 PM

**To:** [ ] <+ [ ] >

**Remote party:** [ ] < [ ]

Direction: Outgoing     Read status: Read     Deleted: No

She was sending it to [ ] not [ ]

## 35407 — iMessage - Inbox

**Description:** (No description)

**Time stamp (Device time +00:00):** 5/7/2015 5:09:32 PM

**To:** Me <+18123058776>

**Remote party:** [ ] <+ [ ]

Direction: Incoming     Read status: Read     Deleted: No

They told me you have to send it to [ ] - that's my real name - they blocked it because we always get it sent to [ ]

## 35408 — iMessage - Sent

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 5/7/2015 5:09:04 PM

**To:** [ ] <+ [ ] >

**Remote party:** [ ] <+ [ ]

Direction: Outgoing     Read status: Read     Deleted: No

[ ] is still there trying to send it.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

| 3541 7 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 5/7/2015 4:54:59 PM

**To:** [ ] <+[ ]

**Remote party:** [ ] <+[ ]>

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Well shit. I tried to send it to you already and it came up with a fraud alert.

| 3541 8 | | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

**Time stamp (Device time +00:00):** 5/7/2015 4:54:28 PM

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

And if u can send it to [ ] -

| 35422 | | | iMessage - Inbox | **iMessage** |
|---|---|---|---|---|

**Description:** (No description)

| **From:** | | | **Time stamp (Device time +00:00):** | 5/7/2015 4:20:09 PM |
|---|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Let me knw as soon as u get the mtcn #

| 35427 | | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

| From: | | | Time stamp (Device time +00:00): | 5/7/2015 1:31:22 AM |
|---|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:**    <    >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Awesome

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

| 35428 | | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

| From: | | | **Time stamp (Device time +00:00):** | 5/7/2015 1:31:17 AM |
|---|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** <+ >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Tom is my only day off till lock in- Saturday- will be locked for about ten days- btls will
Be here when I get out-

| 35429 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

| From: Me <+18123058776> | **Time stamp (Device time +00:00):** | 5/7/2015 1:29:43 AM |
|---|---|---|

**To:** + >

**Remote party:** <+ >

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Wire

| 35430 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

| From: Me <+18123058776> | **Time stamp (Device time +00:00):** | 5/7/2015 1:29:35 AM |
|---|---|---|

**To:** <+ >

**Remote party:** <+ >

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

I will wife money tomorrow for 1100

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

**35431** — iMessage - Sent — **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 5/7/2015 1:29:18 AM

**To:** [ ] <+[ ] >

**Remote party:** [ ] < [ ] >

Direction: Outgoing    Read status: Read    Deleted: No

Ok

---

**35432** — iMessage - Inbox — **iMessage**

**Description:** (No description)

[ ]

**Time stamp (Device time +00:00):** 5/7/2015 1:29:08 AM

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ] >

Direction: Incoming    Read status: Read    Deleted: No

200-

---

**35433** — iMessage - Sent — **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 5/7/2015 1:26:26 AM

**To:** [ ] < [ ] >

**Remote party:** [ ] < [ ] >

Direction: Outgoing    Read status: Read    Deleted: No

5 bottles of Var. how much per bottle?

Case: 280876, IMEI: 354893094448859, Apple iPhone 8                    Oxygen Forensic® Detective - 11.6.2.100

| 3543 5 | | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

|  |  | Time stamp (Device time +00:00): | 5/7/2015 1:17:09 AM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] + [ ]

Direction: Incoming              Read status: Read                      Deleted: No

Ordering tomorrow

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

**3586 1**

| iMessage - Sent | iMessage |
|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 4/26/2015 1:54:04 AM

**To:** [ ] + [ ]

**Remote party:** [ ] + [ ]

Direction: Outgoing    Read status: Read    Deleted: No

That is crazy! I didn't realize you took a new job.

**3586 2**

| iMessage - Inbox | iMessage |
|---|---|

**Description:** (No description)

**Time stamp (Device time +00:00):** 4/26/2015 1:51:37 AM

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ] >

Direction: Incoming    Read status: Read    Deleted: No

All depends on when they ratify- pretty crazy shit- i took a job at century aluminum in hawesville a couple weeks ago and it's contract time and it's gettin ugly

**3586 3**

| iMessage - Sent | iMessage |
|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 4/26/2015 1:50:05 AM

**To:** [ ] <+[ ]

**Remote party:** [ ] < [ ]

Direction: Outgoing    Read status: Read    Deleted: No

Holy shit!!! A couple of months?

| 35865 | | iMessage - Inbox | **iMessage** |

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 4/25/2015 11:54:57 PM |

**To:** Me <+18123058776>

**Remote party:** ☐ + ☐ >

Direction: Incoming          Read status: Read                    Deleted: No

I might be getting locked in at work over a contract dispute with union until contract is ratified. That will happen a week from Thursday. If u need anything get me money by Friday and I can have my supplier mail it to you when it arrives- could be locked in a couple months-

Case: 280876, IMEI: 354893094448859, Apple iPhone 8      Oxygen Forensic® Detective - 11.6.2.100

## 3591 1 — iMessage - Sent

**iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 4/22/2015 2:11:40 AM

**To:** ☐ <+

**Remote party:** ☐ + ☐

Direction: Outgoing      Read status: Read      Deleted: No

Ok. Thanks brother.

## 3591 2 — iMessage - Inbox

**iMessage**

**Description:** (No description)

**Time stamp (Device time +00:00):** 4/22/2015 1:39:58 AM

**To:** Me <+18123058776>

**Remote party:** ☐ <+ ☐

Direction: Incoming      Read status: Read      Deleted: No

Let me know if u Wna order that var for u guys and anything else- i put in order bout every couple weeks- prolly will next week

## 3591 3 — iMessage - Inbox

**iMessage**

**Description:** (No description)

**Time stamp (Device time +00:00):** 4/22/2015 1:19:31 AM

**To:** Me <+18123058776>

**Remote party:** ☐ <+ ☐ >

Direction: Incoming      Read status: Read      Deleted: No

A lot bro

| 3591 4 | | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

| | Time stamp (Device time +00:00): | 4/22/2015 1:19:25 AM |
|---|---|---|

**To:** Me <+18123058776>

**Remote party:**

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Ya it's pretty good stuff- I like it a lot nor

| 3591 5 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | Time stamp (Device time +00:00): | 4/22/2015 1:16:19 AM |
|---|---|---|

**To:** <+>

**Remote party:** <+>

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Got the stuff. Looks pretty damn legit. Never seen stuff packaged like that except pharm grade.



| 36030 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 4/16/2015 9:22:37 PM

**To:** [ ] <+[ ]

**Remote party:** [ ] +[ ]

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Awesome.

| 36031 | | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

**Time stamp (Device time +00:00):** 4/16/2015 8:52:10 PM

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ] >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Ya I can get it whenever.  Jus have to order it.

**3603 2**

| iMessage - Sent | iMessage |
|---|---|

**Description:** (No description)

**From:** Me <+18123058776>    **Time stamp (Device time +00:00):** 4/16/2015 8:45:36 PM

**To:** ☐ <+

**Remote party:** ☐ <+ ☐ >

Direction: Outgoing    Read status: Read    Deleted: No

Heather did a light cycle of it and holy shit she's jacked. Is there anymore of that available?

**3603 3**

| iMessage - Inbox | iMessage |
|---|---|

**Description:** (No description)

☐ ☐    **Time stamp (Device time +00:00):** 4/16/2015 8:44:14 PM

**To:** Me <+18123058776>

**Remote party:** ☐ < ☐ >

Direction: Incoming    Read status: Read    Deleted: No

Sweet!! I like it too- makes u gain mean mass

**3603 4**

| iMessage - Sent | iMessage |
|---|---|

**Description:** (No description)

**From:** Me <+18123058776>    **Time stamp (Device time +00:00):** 4/16/2015 8:43:47 PM

**To:** ☐ +

**Remote party:** ☐ <+ ☐

Direction: Outgoing    Read status: Read    Deleted: No

Thanks bro. By the way, that Anavar rocked.

**3603 5**

| iMessage - Inbox | iMessage |
|---|---|

**Description:** (No description)

☐ ☐    **Time stamp (Device time +00:00):** 4/16/2015 8:42:49 PM

**To:** Me <+18123058776>

**Remote party:** ☐ <+ ☐

Direction: Incoming    Read status: Read    Deleted: No

Just mailed- expected delivery is Monday.

| | |
|---|---|
| 3619 2 | iMessage - Sent | iMessage |

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 4/10/2015 10:20:09 PM

**To:** <+

**Remote party:** <+

Direction: Outgoing          Read status: Read          Deleted: No

Rgr

| | |
|---|---|
| 3619 3 | iMessage - Inbox | iMessage |

**Description:** (No description)

Time stamp (Device time +00:00): 4/10/2015 10:19:53 PM

**To:** Me <+18123058776>

**Remote party:** <+

Direction: Incoming          Read status: Read          Deleted: No

Got bottles today- will send by Monday



| 36882 | | | iMessage - Sent | **iMessage** |
|---|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 3/17/2015 8:08:39 PM |
|---|---|---|

**To:** ___ <+___

**Remote party:** ___ <+___

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Perfect.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8                    Oxygen Forensic® Detective - 11.6.2.100

36883

| iMessage - Inbox | iMessage |

**Description:** (No description)

|  |  | **Time stamp (Device time +00:00):** | 3/17/2015 8:08:26 PM |

**To:** Me <+18123058776>

**Remote party:** ☐ < ☐

Direction: Incoming          Read status: Read          Deleted: No

Got it



| 3690 5 | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

| | Time stamp (Device time +00:00): | 3/17/2015 1:39:09 AM |
|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ]>

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Cool.

| 3690 6 | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | Time stamp (Device time +00:00): | 3/17/2015 1:03:04 AM |
|---|---|---|

**To:** [ ] <+[ ]>

**Remote party:** [ ] <+[ ]>

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Me.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

| 3690 7 | | iMessage - Inbox | | **iMessage** |
|---|---|---|---|---|

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 3/17/2015 12:44:17 AM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** ☐ <+ ☐

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Cool will get tomorrow. From u or ☐ ?

| 3690 9 | | iMessage - Sent | | **iMessage** |
|---|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | | **Time stamp (Device time +00:00):** | 3/17/2015 12:41:03 AM |
|---|---|---|---|

**To:** ☐ + ☐ >

**Remote party:** ☐ <+ ☐ >

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

5913857655

| | iMessage - Inbox | **iMessage** |
|---|---|---|
| 36914 | | |

**Description:** (No description)

| From: | | Time stamp (Device time +00:00): | 3/16/2015 6:31:28 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** <

Direction: Incoming          Read status: Read                    Deleted: No

Ok cool. Jus txt me the mtcn when it's sent.

---

| | iMessage - Sent | **iMessage** |
|---|---|---|
| 36915 | | |

**Description:** (No description)

| From: Me <+18123058776> | | Time stamp (Device time +00:00): | 3/16/2015 6:30:54 PM |
|---|---|---|---|

**To:** <+                    >

**Remote party:** +

Direction: Outgoing          Read status: Read                    Deleted: No

Just the E

10871

| 3691 7 | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

| **From:** | | **Time stamp (Device time +00:00):** | 3/16/2015 7:32:16 AM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:**     <+

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Cool. U want the new t4 blend or just enathate?

| 3691 8 | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 3/16/2015 3:41:50 AM |
|---|---|---|

**To:**     <+

**Remote party:**     <     >

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

I will take 10 bottles of test. Will have   send the $$$ out tomorrow.

10872



36957 | | | iMessage - Inbox | **iMessage**

**Description:** (No description)

**From:** | | |

**Time stamp (Device time +00:00):** 3/13/2015 7:33:12 PM

**To:** Me <+18123058776>

**Remote party:** | | <+ |

Direction: Incoming          Read status: Read          Deleted: No

Srry not Monday, I meant Tuesday.

| 36960 | | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

| | | Time stamp (Device time +00:00): | 3/13/2015 3:10:10 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [          ] <+[                    ]

Direction: Incoming          Read status: Read          Deleted: No

Just talked to my guy and we r gna try to order Monday if u still need anything.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8

Oxygen Forensic® Detective - 11.6.2.100

37136

| | iMessage - Inbox | **iMessage** |
|---|---|---|

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 3/11/2015 1:55:12 AM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** <+ >

Direction: Incoming    Read status: Read    Deleted: No

200 for all orals. 50 count 50 mg pills



| 37228 | | | iMessage - Sent | | iMessage |
|---|---|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 3/10/2015 3:01:40 PM

**To:** [ ] <+[ ]

**Remote party:** [ ] < [ ] >

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Perfect.

| 3723 1 | | iMessage - Inbox | **iMessage** |

**Description:** (No description)

|  |  | **Time stamp (Device time +00:00):** | 3/10/2015 2:57:57 PM |

**To:** Me <+18123058776>

**Remote party:**

Direction: Incoming          Read status: Read          Deleted: No

I'll send u a list after this meeting.

10969

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

**3723 2** | iMessage - Sent | **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 3/10/2015 2:56:26 PM

**To:** <+

**Remote party:** <+

Direction: Outgoing    Read status: Read    Deleted: No

How much per bottle and I will send the cash asap and you can order when you can.

**3723 3** | iMessage - Inbox | **iMessage**

**Description:** (No description)

Time stamp (Device time +00:00): 3/10/2015 2:55:42 PM

**To:** Me <+18123058776>

**Remote party:** +

Direction: Incoming    Read status: Read    Deleted: No

Cool. It takes me two weeks to order now. After I get cash i order. But it's definitely worth the wait.

**37239** | iMessage - Sent | **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 3/10/2015 2:44:00 PM

**To:** [ ] + [ ]

**Remote party:** [ ] <+ [ ]

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Fuck, I'm definitely in. Let me know when you can get some and I will put in a god sized order.

---

**37240** | iMessage - Inbox | **iMessage**

**Description:** (No description)

**From:** [ ] [ ]

**Time stamp (Device time +00:00):** 3/10/2015 2:42:59 PM

**To:** Me <+18123058776>

**Remote party:** [ ] <+ [ ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

I gained ten pounds

---

**37241** | iMessage - Inbox | **iMessage**

**Description:** (No description)

[ ] [ ]

**Time stamp (Device time +00:00):** 3/10/2015 2:42:49 PM

**To:** Me <+18123058776>

**Remote party:** [ ] + [ ] >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Ya. My levels were low too. This new stuff comes in a sealed small box

| 37243 | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 3/10/2015 2:41:43 PM

**To:** [ ] <+[ ]>

**Remote party:** [ ] +[ ]>

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

I was just getting zits. Pretty sure it had little to no test in it. I had my blood work done and my shit was super duper low.

| 37244 | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

Time stamp (Device time +00:00): 3/10/2015 2:40:53 PM

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

I was getting no gains.

| 37245 | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

Time stamp (Device time +00:00): 3/10/2015 2:40:44 PM

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ]>

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Ya I quit taking that Sylver stuff.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

**37246**

**iMessage - Sent**                                                                    **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

| | |
|---|---|
| | **Time stamp (Device time +00:00):** 3/10/2015 2:40:21 PM |

**To:** [   ] < [          ]

**Remote party:** [   ] < [          ]

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

I wanna try it. The old stuff was pretty weak. Especially the last batch I got.

| | |
|---|---|
| 3725 2 | iMessage - Inbox **iMessage** |

**Description:** (No description)

| | Time stamp (Device time +00:00): | 3/10/2015 2:28:16 PM |
|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] <[ ]>

Direction: Incoming          Read status: Read          Deleted: No

No worries. When we u r rede lemme kne. The new stuff is rele good

| | |
|---|---|
| 3725 3 | iMessage - Inbox **iMessage** |

**Description:** (No description)

| | Time stamp (Device time +00:00): | 3/10/2015 2:28:16 PM |
|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] +[ ]

Direction: Incoming          Read status: Read          Deleted: No

Ordering again soon.



| 37267 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** 3/10/2015 1:54:01 PM |
|---|---|

**To:** [ ] +[ ]

**Remote party:** [ ] <+[ ]

Direction: Outgoing          Read status: Read          Deleted: No

Damn, just saw this text.

| 38249 |  | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 2/20/2015 10:47:28 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] < [ ]

Direction: Incoming          Read status: Read          Deleted: No

Puttin big order on nex Friday. All new gear. Diff company

| 3941 0 | | | iMessage - Inbox | **iMessage** |

**Description:** (No description)

| | | | **Time stamp (Device time +00:00):** | 1/16/2015 11:16:59 PM |

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ]

| Direction: Incoming | Read status: Read | Deleted: No |

Ordering soon if u need anything

Case: 280876, IMEI: 354893094448859, Apple iPhone 8            Oxygen Forensic® Detective - 11.6.2.100

## 41451

**iMessage - Inbox**                                                    iMessage

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 11/25/2014 8:20:16 PM |

**To:** Me <+18123058776>

**Remote party:** +

| Direction: Incoming | Read status: Read | Deleted: No |

Cool.

## 41452

**iMessage - Sent**                                                    iMessage

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 11/25/2014 8:20:09 PM |

**To:** <+

**Remote party:** <+

| Direction: Outgoing | Read status: Read | Deleted: No |

Got it bro thanks.

## 41453

**iMessage - Inbox**                                                    iMessage

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 11/25/2014 8:05:12 PM |

**To:** Me <+18123058776>

**Remote party:** <+

| Direction: Incoming | Read status: Read | Deleted: No |

Anything?

12232

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

## 41464 | iMessage - Inbox `iMessage`

**Description:** (No description)

| | | Time stamp (Device time +00:00): | 11/24/2014 8:55:48 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** ☐ < ☐

Direction: Incoming    Read status: Read    Deleted: No

Let me know if it IS. Expected delivery was today

## 41465 | iMessage - Sent `iMessage`

**Description:** (No description)

| **From:** Me <+18123058776> | Time stamp (Device time +00:00): | 11/24/2014 8:55:22 PM |
|---|---|---|

**To:** ☐ <+ ☐

**Remote party:** ☐ <+ ☐

Direction: Outgoing    Read status: Read    Deleted: No

Perfect.

## 41466 | iMessage - Inbox `iMessage`

**Description:** (No description)

| | | Time stamp (Device time +00:00): | 11/24/2014 8:55:08 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** ☐ <+ ☐

Direction: Incoming    Read status: Read    Deleted: No

Should be delivered today

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

**41623** | iMessage - Sent | **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 11/19/2014 11:09:03 PM

**To:** [ ] + [ ]

**Remote party:** [ ] + [ ]

Direction: Outgoing        Read status: Read        Deleted: No

No worries brother.

---

**41624** | iMessage - Inbox | **iMessage**

**Description:** (No description)

**From:** [ ] [ ]

**Time stamp (Device time +00:00):** 11/19/2014 11:02:01 PM

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ]

Direction: Incoming        Read status: Read        Deleted: No

Things have been hectic with her having surgery las week. I'm sorry I'll make sure they get in mail sometime tomorrow

---

**41625** | iMessage - Inbox | **iMessage**

**Description:** (No description)

[ ] [ ]

**Time stamp (Device time +00:00):** 11/19/2014 10:57:48 PM

**To:** Me <+18123058776>

**Remote party:** [ ] + [ ]

Direction: Incoming        Read status: Read        Deleted: No

It's going in mail tom. Should be at ur house by Saturday. I haven't gotten off work before the post office has closed this week. [ ] is gna send it tom.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

41626

**iMessage - Sent**    iMessage

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):**    11/19/2014 10:50:26 PM

**To:** [ ] <+[ ]

**Remote party:** [ ] < [ ] >

Direction: Outgoing          Read status: Read          Deleted: No

Any word on the vitamins?



| 41807 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | | **Time stamp (Device time +00:00):** 11/11/2014 8:12:44 PM |
|---|---|---|

**To:** [ ] <+[ ]

**Remote party:** [ ] <+[ ]

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Sounds good.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8

Oxygen Forensic® Detective - 11.6.2.100

41808

| iMessage - Inbox | iMessage |

**Description:** (No description)

**From:**

**Time stamp (Device time +00:00):** 11/11/2014 8:07:01 PM

**To:** Me <+18123058776>

**Remote party:** <+

Direction: Incoming          Read status: Read                    Deleted: No

Bottles are here. Kma try to get them mailed kne day this week when I can get to post office



| 4211 9 | | | iMessage - Sent | iMessage |
|---|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | | **Time stamp (Device time +00:00):** 10/28/2014 10:55:47 PM |
|---|---|---|

**To:** ☐ <+☐

**Remote party:** ☐ +☐

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Yes sir.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8

Oxygen Forensic® Detective - 11.6.2.100

**4212 0**

iMessage - Inbox

**iMessage**

**Description:** (No description)

**From:**

**Time stamp (Device time +00:00):** 10/28/2014 10:52:41 PM

**To:** Me <+18123058776>

**Remote party:**  <+

Direction: Incoming            Read status: Read            Deleted: No

Cool thanks

12427

Case: 280876, IMEI: 354893094448859, Apple iPhone 8                    Oxygen Forensic® Detective - 11.6.2.100

**4212 3** | iMessage - Sent | **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/28/2014 10:19:44 PM

**To:** +

**Remote party:** <+ >

Direction: Outgoing | Read status: Read | Deleted: No

Whitefish, MT 59937

**4212 4** | iMessage - Inbox | **iMessage**

**Description:** (No description)

**Time stamp (Device time +00:00):** 10/28/2014 8:26:40 PM

**To:** Me <+18123058776>

**Remote party:** <+ >

Direction: Incoming | Read status: Read | Deleted: No

What's ur address again

12428

| | |
|---|---|
| 42138 | iMessage - Inbox |

**iMessage**

**Description:** (No description)

| | Time stamp (Device time +00:00): | 10/28/2014 2:22:56 AM |
|---|---|---|

**To:** Me <+18123058776>

**Remote party:** <+

Direction: Incoming          Read status: Read          Deleted: No

No prob bro

| | |
|---|---|
| 42139 | iMessage - Sent |

**iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

| | Time stamp (Device time +00:00): | 10/28/2014 2:20:57 AM |
|---|---|---|

**To:** <+ >

**Remote party:** +

Direction: Outgoing          Read status: Read          Deleted: No

Thanks brother.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8          Oxygen Forensic® Detective - 11.6.2.100

**4214 0** | iMessage - Inbox | **iMessage**

**Description:** (No description)

**From:**

**Time stamp (Device time +00:00):** 10/28/2014 2:20:31 AM

**To:** Me <+18123058776>

**Remote party:** <+

Direction: Incoming          Read status: Read          Deleted: No

Cool sounds good bro

**4214 1** | iMessage - Sent | **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/28/2014 2:20:09 AM

**To:** <+

**Remote party:** +

Direction: Outgoing          Read status: Read          Deleted: No

Yes sir.

**4214 2** | iMessage - Inbox | **iMessage**

**Description:** (No description)

**Time stamp (Device time +00:00):** 10/28/2014 2:13:40 AM

**To:** Me <+18123058776>

**Remote party:** +

Direction: Incoming          Read status: Read          Deleted: No

Cool. Cyp?

Case: 280876, IMEI: 354893094448859, Apple iPhone 8

Oxygen Forensic® Detective - 11.6.2.100

| 42143 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

| **Time stamp (Device time +00:00):** | 10/28/2014 2:12:59 AM |

**To:** [ ] <+[ ]

**Remote party:** [ ] + [ ]

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

800 bucks just sent for 10 bottles of Test.
MCTN: 0729140120

| 42156 | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/27/2014 7:23:53 PM

**To:** +

**Remote party:** <+

Direction: Outgoing    Read status: Read    Deleted: No

Ok

| 42157 | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

**From:**

**Time stamp (Device time +00:00):** 10/27/2014 7:23:30 PM

**To:** Me <+18123058776>

**Remote party:** <+

Direction: Incoming    Read status: Read    Deleted: No

No ur good, u can still send it let me know when to pik it up and what mtcn is

| 42158 | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/27/2014 7:22:24 PM

**To:** +

**Remote party:** <+

Direction: Outgoing    Read status: Read    Deleted: No

Is it too late to send money for an order?

12438

| 4226 5 | | | iMessage - Inbox | | iMessage |
|---|---|---|---|---|---|

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 10/22/2014 11:51:28 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** ☐ + ☐ >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Cool. Try to get me order and $ by Monday an I will get it all on next order

| 4226 7 | | | iMessage - Sent | | iMessage |
|---|---|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 10/22/2014 11:50:27 PM |
|---|---|---|

**To:** ☐ <+ ☐

**Remote party:** ☐ < ☐

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Mostly Test.

12469

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

**42268**

iMessage - Inbox                                                                    **iMessage**

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 10/22/2014 11:24:38 PM |

**To:** Me <+18123058776>

**Remote party:** <

| Direction: Incoming | Read status: Read | Deleted: No |

Cool. What all u needing

**42271**

iMessage - Sent                                                                    **iMessage**

**Description:** (No description)

| **From:** Me <+18123058776> | | **Time stamp (Device time +00:00):** | 10/22/2014 11:16:54 PM |

**To:**

**Remote party:** <+

| Direction: Outgoing | Read status: Read | Deleted: No |

Yes sir. I do need some stuff.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

| 4227 2 | | iMessage - Inbox | iMessage |
|---|---|---|---|

| | **Time stamp (Device time +00:00):** | 10/22/2014 10:41:04 PM |
|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ]

Direction: Incoming          Read status: Read                    Deleted: No

Ordering soon if u need anything.