

33983    iMessage - Inbox

| **Description:** (No description) | |
|---|---|
| **From:** [ ] [ ] | **Time stamp (Device time +00:00):** 6/18/2015 12:52:14 AM |

**To:** Me <+18123058776>

**Remote party:** [ ] < [ ]

Direction: Incoming          Read status: Read          Deleted: No

Oh baby. Your the man. Keep me posted. I will do what you tell me

Case: 280876, IMEI: 354893094448859, Apple iPhone 8                    Oxygen Forensic® Detective - 11.6.2.100



**33984**

**iMessage - Sent**                                                                                    **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):**    6/18/2015 12:50:15 AM

**To:** [      ] < [          ] >

**Remote party:** [          ] <+ [          ] >

Direction: Outgoing          Read status: Read          Deleted: No

I'm trying to order some stuff but it's going to be a challenge.

| 34193 | | | iMessage - Inbox | **iMessage** |
|---|---|---|---|---|

**Description:** (No description)

| **From:** | | | **Time stamp (Device time +00:00):** | 6/10/2015 4:57:15 PM |
|---|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [        ] <+ [        ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Oh man.  Situation is critical. I'm all done



| 3444 9 | | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

|  |  | **Time stamp (Device time +00:00):** | 6/5/2015 2:01:01 AM |

**To:** Me <+18123058776>

**Remote party:** [          ] <+[          ]>

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Sweet



| 34459 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>  **Time stamp (Device time +00:00):** 6/5/2015 1:07:45 AM

**To:** [ ] <+[ ]

**Remote party:** [ ] <+[ ] >

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

I do but I have to check with the guy and see where they're at with supplies.



34465 | iMessage - Inbox | **iMessage**

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 6/4/2015 9:42:45 PM |

**To:** Me <+18123058776>

**Remote party:** [ ] < [ ] >

Direction: Incoming          Read status: Read          Deleted: No

Seriously, the thing is, I have about 2 more days left of what I have and I don't want to  have a big time lapse because then I would be starting from scratch again   You know what I'm saying?



| 3450 4 | | | iMessage - Sent | iMessage |
|---|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 6/4/2015 12:43:21 AM

**To:** [          ] <+[          ]

**Remote party:** [          ] <+[          ]

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

No sir, just trying to make a plan.

| 3450 5 | | | iMessage - Inbox | iMessage |
|---|---|---|---|---|

**Description:** (No description)

[          ]  [          ]

**Time stamp (Device time +00:00):** 6/3/2015 11:01:36 PM

**To:** Me <+18123058776>

**Remote party:** [          ] <+[          ] >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Radio silence

| 34520 | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

| | **Time stamp (Device time +00:00):** | 6/3/2015 1:15:10 AM |
|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] < [ ] >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Fuck Anadrol. I don't wanna kill myself but I would like to add about 10-15lbs. But I will need a re-supply Sunshine

| 34521 | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 6/3/2015 1:12:46 AM |
|---|---|---|

**To:** [ ] <+ [ ]

**Remote party** [ ] <+ [ ]

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Nothing is going to pack mass on you without blowing you up. You could up your test level but I can't suggest Anadrol.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

**34522**

| iMessage - Inbox | iMessage |
|---|---|

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 6/3/2015 12:23:09 AM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** ___ + ___

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Jesus what the hell
Anyhow back to me damn it

---

**34523**

| iMessage - Sent | iMessage |
|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 6/3/2015 12:21:59 AM |
|---|---|---|

**To:** ___ <+ ___

**Remote party:** ___ <+ ___

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

I talked to him on Friday night. He's had a shoulder replacement and torn bicep just in the past month or so.

---

**34524**

| iMessage - Inbox | iMessage |
|---|---|

**Description:** (No description)

| **From:** ___ ___ | **Time stamp (Device time +00:00):** | 6/3/2015 12:17:27 AM |
|---|---|---|

**To:** Me <+18123058776>

**Remote party:** ___ <+ ___

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Hey don't disappear  you have knowledge I need buddy. By the way you heard anything from ___ ?

Case: 280876, IMEI: 354893094448859, Apple iPhone 8

Oxygen Forensic® Detective - 11.6.2.100

## 34525

| | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

**From:** [ ] [ ]

**Time stamp (Device time +00:00):** 6/3/2015 12:08:32 AM

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ]

Direction: Incoming      Read status: Read      Deleted: No

Ok I understand. So what do YOU think I should do

## 34526

| | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 6/3/2015 12:07:49 AM

**To:** [ ] <+[ ]

**Remote party:** [ ] <+[ ]

Direction: Outgoing      Read status: Read      Deleted: No

Anadrol is super strong and makes you blow up. Plus it's liver toxic. Not worth it.

## 34527

| | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

[ ] [ ]

**Time stamp (Device time +00:00):** 6/3/2015 12:07:10 AM

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ] >

Direction: Incoming      Read status: Read      Deleted: No

What Anadrol?? What do you think.

## 34528

| | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 6/3/2015 12:05:51 AM

**To:** [ ] <+[ ] >

**Remote party:** [ ] <[ ]

Direction: Outgoing      Read status: Read      Deleted: No

Man, I asked the meat heads and they said Deca or Anadrol but no way in hell are you taking that shit.



| 34625 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 5/29/2015 12:31:56 AM

**To:** [        ] <+[        ]

**Remote party:** [        ] <+[        ] >

Direction: Outgoing        Read status: Read        Deleted: No

Yes sir!

| 34626 | | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

**From:** [        ] [        ]

**Time stamp (Device time +00:00):** 5/29/2015 12:31:38 AM

**To:** Me <+18123058776>

**Remote party:** [        ] < [        ]

Direction: Incoming        Read status: Read        Deleted: No

Great thanks my man. I really do appreciate your help.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8

Oxygen Forensic® Detective - 11.6.2.100

**34627**

iMessage - Sent | **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 5/29/2015 12:28:08 AM

**To:** [                ] <+[            ]

**Remote party:** [            ] < [            ]

Direction: Outgoing          Read status: Read          Deleted: No

Hmmm, Deca is a mild mass builder and I worry about you taking something stronger because of all the side effects. Let me put some thought into it and ask a few other dudes that a big into it and see what they think.

| 34639 | | iMessage - Inbox | **iMessage** |
|---|---|---|---|

**Description:** (No description)

| | | | **Time stamp (Device time +00:00):** | 5/28/2015 8:09:27 PM |
|---|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] <+ [ ] >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Thoughts??

| 34655 | | iMessage - Inbox | **iMessage** |
|---|---|---|---|

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 5/27/2015 11:14:54 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [          ] < [          ] >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Just finishing up what you hooked me up with in Dec. but it really didn't put any size on me. Ripped but not size. Deca and Tess

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

**34656**

| | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 5/27/2015 11:09:02 PM

**To:** _____ <+ _____

**Remote party:** _____ <+ _____

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Are you on anything at all now?

**34658**

| | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

**From:** _____ _____

**Time stamp (Device time +00:00):** 5/27/2015 9:55:19 PM

**To:** Me <+18123058776>

**Remote party:** _____ <+ _____ >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Sorry. Now that I

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

34659

## iMessage - Inbox                                                                iMessage

**Description:** (No description)

|  |  | **Time stamp (Device time +00:00):** | 5/27/2015 9:51:30 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [        ] < [        ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Now that u got my fat ass down to proper weight. What do I need for size

10207

Case: 280876, IMEI: 354893094448859, Apple iPhone 8                    Oxygen Forensic® Detective - 11.6.2.100

**42060**

| | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/31/2014 10:18:11 PM

**To:** _____ <+ _____ >

**Remote party:** _____ < _____

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Me too!!!

**42061**

| | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

**Time stamp (Device time +00:00):** 10/31/2014 9:40:27 PM

**To:** Me <+18123058776>

**Remote party:** _____ <+ _____

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Great. Thanks again MM. Now go get some candy my fat ass sure the hell is

**42062**

| | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/31/2014 9:39:13 PM

**To:** _____ <+ _____ >

**Remote party:** _____ <+ _____

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Money arrived. Happy Halloween.

12411

| 4208 5 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/30/2014 5:53:33 PM

**To:** [_____] <+[_____]

**Remote party:** [_____] <+[_____] >

Direction: Outgoing        Read status: Read        Deleted: No

Yep.

| 4208 6 | | iMessage - Inbox | iMessage |
|---|---|---|---|

**Description:** (No description)

[_____] [_____]

**Time stamp (Device time +00:00):** 10/30/2014 5:50:31 PM

**To:** Me <+18123058776>

**Remote party:** [_____] <+[_____]

Direction: Incoming        Read status: Read        Deleted: No

Hell. I forgot they still deliver mail on horseback out there

| 4208 8 | | | iMessage - Sent | **iMessage** |

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/30/2014 5:43:02 PM

**To:** [ ] < [ ]

**Remote party:** [ ] <+ [ ]

Direction: Outgoing   Read status: Read   Deleted: No

Haven't seen it today. Will let you know when it arrives. Mail is slow as fuck here in Montana.

| 4208 9 | | | iMessage - Inbox | **iMessage** |

**Time stamp (Device time +00:00):** 10/30/2014 4:41:40 PM

**To:** Me <+18123058776>

**Remote party:** [ ] + [ ]

Direction: Incoming   Read status: Read   Deleted: No

Did you receive the money

| 4223 2 | | | iMessage - Inbox | **iMessage** |
|---|---|---|---|---|

**Description:** (No description)

| | | | **Time stamp (Device time +00:00):** | 10/24/2014 7:18:11 PM |

**To:** Me <+18123058776>

**Remote party:** [          ] <+[          ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Nice thanks

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

| | |
|---|---|
| 42233 | SMS - Sent **SMS** |

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 10/24/2014 7:04:45 PM

**To:** ☐ < ☐

**Remote party:** ☐ <+ ☐

Direction: Outgoing    Read status: Read    Deleted: No

Start at 1ml/cc every 5-6 days of each compound. Pop on tablet per week to keep your estrogen level down. Should be all set.

| | |
|---|---|
| 42234 | iMessage - Inbox **iMessage** |

**Description:** (No description)

☐ ☐

Time stamp (Device time +00:00): 10/24/2014 7:03:28 PM

**To:** Me <+18123058776>

**Remote party:** ☐ <+ ☐ >

Direction: Incoming    Read status: Read    Deleted: No

Oh no thank you. How should Often and much should I do

| | |
|---|---|
| 42235 | iMessage - Sent **iMessage** |

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 10/24/2014 7:02:53 PM

**To:** ☐ <+ ☐ >

**Remote party:** ☐ <+ ☐

Direction: Outgoing    Read status: Read    Deleted: No

Will do thank you!

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

**42236**

| | iMessage - Inbox | **iMessage** |
|---|---|---|

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 10/24/2014 5:59:16 PM |
|---|---|---|---|

**From:**

**To:** Me <+18123058776>

**Remote party:** ☐ + ☐ >

Direction: Incoming          Read status: Read          Deleted: No

Just sent your cash. Let me know when you receive it

| 42255 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** 10/23/2014 10:52:30 PM |
|---|---|

**To:** [        ] <+[        ]>

**Remote party:** [        ] + [        ]

Direction: Outgoing          Read status: Read          Deleted: No

No worries!

| 42258 | | | iMessage - Inbox | **iMessage** |
|---|---|---|---|---|

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 10/23/2014 9:11:28 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [          ] <+ [          ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Got the package. Thanks. I will send yours out tomorrow. Sorry buddy I have been running high speed

| 4226 6 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | | **Time stamp (Device time +00:00):** | 10/22/2014 11:50:37 PM |
|---|---|---|---|

**To:** [          ] + [          ]

**Remote party:** [          ] < [          ]

Direction: Outgoing          Read status: Read          Deleted: No

No worries.

**42269**

| iMessage - Inbox | iMessage |
|---|---|

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 10/22/2014 11:18:04 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] <+[ ]

Direction: Incoming      Read status: Read      Deleted: No

Heading to ny tonight will let you know tomorrow. Thanks man

**42270**

| iMessage - Sent | iMessage |
|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 10/22/2014 11:17:14 PM |
|---|---|---|

**To:** [ ] < [ ]

**Remote party:** [ ] <+[ ]

Direction: Outgoing      Read status: Read      Deleted: No

Did you get your stuff?

12470



| 42373 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/14/2014 6:44:09 PM

**To:** ☐ + ☐

**Remote party:** ☐ <+ ☐

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

No problem.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8                                    Oxygen Forensic® Detective - 11.6.2.100

## 42374 | iMessage - Inbox    **iMessage**

**Description:** (No description)

**From:**

**Time stamp (Device time +00:00):** 10/14/2014 6:25:04 PM

**To:** Me <+18123058776>

**Remote party:** <+ >

Direction: Incoming          Read status: Read          Deleted: No

Nice. I owe you money. CNt send today getting on bird will send ASAP. Like a few days.

## 42375 | iMessage - Sent    **iMessage**

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/14/2014 5:22:34 PM

**To:** <+

**Remote party:** +

Direction: Outgoing          Read status: Read          Deleted: No

Goodies will go out today.

## 42376 | iMessage - Inbox    **iMessage**

**Description:** (No description)

**From:**

**Time stamp (Device time +00:00):** 10/14/2014 5:11:45 PM

**To:** Me <+18123058776>

**Remote party:** <+

Direction: Incoming          Read status: Read          Deleted: No

Ny, Ny 10065

12501

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

**4237 7**

| iMessage - Inbox | **iMessage** |

**Description:** (No description)

**From:** [ ] [ ]

**Time stamp (Device time +00:00):** 10/14/2014 5:10:24 PM

**To:** Me <+18123058776>

**Remote party** [ ] <+[ ]>

Direction: Incoming    Read status: Read    Deleted: No

Two fucking nut jobs we are.

**4237 8**

| iMessage - Sent | **iMessage** |

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 10/14/2014 5:08:35 PM

**To:** [ ] <+[ ]>

**Remote party:** [ ] <+[ ]>

Direction: Outgoing    Read status: Read    Deleted: No

I need your address again too.
Mine is:
[ ]

Whitefish, MT 59937

**4237 9**

| iMessage - Inbox | **iMessage** |

**Description:** (No description)

**From:** [ ] [ ]

**Time stamp (Device time +00:00):** 10/14/2014 12:19:05 PM

**To:** Me <+18123058776>

**Remote party** [ ] <[ ]>

Direction: Incoming    Read status: Read    Deleted: No

Sorry dude. Need your address again

Case: 280876, IMEI: 354893094448859, Apple iPhone 8

Oxygen Forensic® Detective - 11.6.2.100



**4256 5**

iMessage - Sent — iMessage

**Description:** (No description)

**From:**

**To:** _____ < _____ >

**Remote party:** _____ < _____ >

Direction: Outgoing    Read status: Read    Deleted: No

Time stamp (Device time +00:00): 9/30/2014 8:00:34 PM

My guy sent the stuff out yesterday to me. I will get it, check it, and send on to you. My address is:

_____

Whitefish, MT 59937

**4256 6**

iMessage - Inbox — iMessage

**Description:** (No description)

**From:** _____ _____

**To:** Me <+18123058776>

**Remote party:** _____ < _____ >

Direction: Incoming    Read status: Read    Deleted: No

Time stamp (Device time +00:00): 9/30/2014 7:35:28 PM

Let me know when you are ready to send so I can be on the look out. Also address because I have to send the 400

**4264 3** | iMessage - Sent | iMessage

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 9/14/2014 6:14:43 PM

**To:** [ ] + [ ]

**Remote party:** [ ] <+ [ ]

Direction: Outgoing    Read status: Read    Deleted: No

Yes

**4264 4** | iMessage - Inbox | iMessage

**Description:** (No description)

[ ] [ ]

Time stamp (Device time +00:00): 9/14/2014 6:14:24 PM

**To:** Me <+18123058776>

**Remote party:** [ ] <+ [ ] >

Direction: Incoming    Read status: Read    Deleted: No

Very good

**4264 5** | iMessage - Inbox | iMessage

**Description:** (No description)

[ ] [ ]

Time stamp (Device time +00:00): 9/14/2014 5:04:00 PM

**To:** Me <+18123058776>

**Remote party:** [ ] < [ ]

Direction: Incoming    Read status: Read    Deleted: No

Would you like me to bring money to the DC event?

Case: 280876, IMEI: 354893094448859, Apple iPhone 8          Oxygen Forensic® Detective - 11.6.2.100

## 42696

**iMessage - Inbox**    iMessage

**Description:** (No description)

**Time stamp (Device time +00:00):** 9/5/2014 6:10:08 PM

**To:** Me <+18123058776>

**Remote party:** <+ >

Direction: Incoming          Read status: Read          Deleted: No

Of course

## 42697

**iMessage - Inbox**    iMessage

**Description:** (No description)

**Time stamp (Device time +00:00):** 9/5/2014 6:09:46 PM

**To:** Me <+18123058776>

**Remote party:** +

Direction: Incoming          Read status: Read          Deleted: No

Ok 6 btls each please and the anti titty pills. ASAP please buddy. I got big plans in the near future. I'm going to try and go do bad shit to bad people overseas.

## 42698

**iMessage - Sent**    iMessage

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 9/5/2014 6:06:42 PM

**To:** < >

**Remote party:** <+ >

Direction: Outgoing          Read status: Read          Deleted: No

Sus is test. I'd stick with test Cyp and deca

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

**42699**

| | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

**Time stamp (Device time +00:00):** 9/5/2014 11:50:18 AM

**To:** Me <+18123058776>

**Remote party:** <+

Direction: Incoming          Read status: Read          Deleted: No

Or should I get sus instead of deca or all three.

**42700**

| | iMessage - Sent | iMessage |
|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 9/4/2014 7:09:06 PM

**To:** <+

**Remote party:** <+

Direction: Outgoing          Read status: Read          Deleted: No

Gotcha!! Looking forward to seeing you brother.

**42701**

| | iMessage - Inbox | iMessage |
|---|---|---|

**Description:** (No description)

**Time stamp (Device time +00:00):** 9/4/2014 7:07:44 PM

**To:** Me <+18123058776>

**Remote party:** <+

Direction: Incoming          Read status: Read          Deleted: No

Nice

Ny, ny 10065

I moved, same building new apartment

Case: 280876, IMEI: 354893094448859, Apple iPhone 8                    Oxygen Forensic® Detective - 11.6.2.100

**4270 2** | iMessage - Inbox | **iMessage**

**Description:** (No description)

**From:** | | **Time stamp (Device time +00:00):** 9/4/2014 7:07:44 PM

**To:** Me <+18123058776>

**Remote party:** | + |

Direction: Incoming | Read status: Read | Deleted: No

Likewise see you soon

---

**4270 3** | iMessage - Sent | **iMessage**

**Description:** (No description)

**From:** Me <+18123058776> | **Time stamp (Device time +00:00):** 9/4/2014 7:06:59 PM

**To:** | <+

**Remote party:** | + |

Direction: Outgoing | Read status: Read | Deleted: No

I will get it to you Ricky ticky.

---

**4270 4** | iMessage - Inbox | **iMessage**

**Description:** (No description)

| | **Time stamp (Device time +00:00):** 9/4/2014 7:05:36 PM

**To:** Me <+18123058776>

**Remote party:** | + |

Direction: Incoming | Read status: Read | Deleted: No

Of course either way I will pay you in DC. I'm excited about DC. Not to be a fucker but the sooner the better. I just started hitting the gym hard a couple days ago.

12598

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100



**42705**

iMessage - Sent | iMessage

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 9/4/2014 7:03:54 PM

**To:** <+

**Remote party:** <+

Direction: Outgoing | Read status: Read | Deleted: No

I have to order it from the guy and then he has to ship it to me. Then I gotta turn around and ship it to you. If I have it I will ship it out before the party.

**42706**

iMessage - Inbox | iMessage

**Description:** (No description)

**Time stamp (Device time +00:00):** 9/4/2014 7:01:20 PM

**To:** Me <+18123058776>

**Remote party:** <+

Direction: Incoming | Read status: Read | Deleted: No

Ok. 6 of each please plus some of those little pills you told me to take so I don't grow chick Tits. Can you send and I will give you the money in DC? If that's cool with you.

**42707**

iMessage - Sent | iMessage

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 9/4/2014 5:56:35 PM

**To:** <+

**Remote party:** <+

Direction: Outgoing | Read status: Read | Deleted: No

Maybe a low dose just for a little size and for your joints.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8                    Oxygen Forensic® Detective - 11.6.2.100

## 42708 | iMessage - Inbox | iMessage

**Description:** (No description)

**From:**

**Time stamp (Device time +00:00):** 9/4/2014 5:55:12 PM

**To:** Me <+18123058776>

**Remote party:** <+

Direction: Incoming    Read status: Read    Deleted: No

Great and what else do you recommend?? Deca?

## 42709 | iMessage - Sent | iMessage

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 9/4/2014 5:21:02 PM

**To:** <+

**Remote party:** <

Direction: Outgoing    Read status: Read    Deleted: No

Yes sir. Looking forward to it!! Also have some word on the goodies. 100 bucks a bottle for test

## 42710 | iMessage - Inbox | iMessage

**Description:** (No description)

**Time stamp (Device time +00:00):** 9/4/2014 4:57:14 PM

**To:** Me <+18123058776>

**Remote party:** <

Direction: Incoming    Read status: Read    Deleted: No

You crazy fucker.          tells me that you will be in attendance for the book signing!!!! Outstanding



| 4277 9 | | iMessage - Inbox | iMessage |
| --- | --- | --- | --- |

**Description:** (No description)

| | | Time stamp (Device time +00:00): | 8/19/2014 10:09:54 PM |

**To:** Me <+18123058776>

**Remote party:** [            ] <+ [            ]

Direction: Incoming          Read status: Read          Deleted: No

Hawaii. Well god damn good for you. Ok I will wait to hear from you

| 4278 0 | | SMS - Sent | SMS |
| --- | --- | --- | --- |

**Description:** (No description)

| From: Me <+18123058776> | | Time stamp (Device time +00:00): | 8/19/2014 10:04:49 PM |

**To:** [            ] <+ [            ] >

**Remote party:** [            ] < [            ] >

Direction: Outgoing          Read status: Read          Deleted: No

I will have all the info when I get back from Hawaii.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

### 42781

**iMessage - Inbox** | iMessage

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 8/19/2014 9:52:00 PM |

**To:** Me <+18123058776>

**Remote party:** _____ <+ _____

Direction: Incoming         Read status: Read         Deleted: No

Buddy I'm looking like a Ethiopian

### 42782

**iMessage - Sent** | iMessage

**Description:** (No description)

**From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 8/19/2014 9:41:57 PM |

**To:** _____ <+ _____

**Remote party:** _____ < _____

Direction: Outgoing         Read status: Read         Deleted: No

What's up?

### 42783

**iMessage - Inbox** | iMessage

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 8/19/2014 9:23:27 PM |

**To:** Me <+18123058776>

**Remote party:** _____ <+ _____

Direction: Incoming         Read status: Read         Deleted: No

Oh god

12624



| 4280 1 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | | **Time stamp (Device time +00:00):** | 8/12/2014 11:18:13 PM |
|---|---|---|---|

**To:** [ ] <+[ ]

**Remote party:** [ ] < [ ]

Direction: Outgoing            Read status: Read            Deleted: No

Still waiting on the supply guy. Fuckers are slow moving these days.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8                    Oxygen Forensic® Detective - 11.6.2.100

| | | |
|---|---|---|
| 4280 2 | | iMessage - Inbox    **iMessage** |

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 8/12/2014 11:17:20 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] < [ ]

Direction: Incoming         Read status: Read              Deleted: No

Rgr

| | | |
|---|---|---|
| 4280 3 | | iMessage - Inbox    **iMessage** |

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 8/12/2014 11:15:12 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] < [ ] >

Direction: Incoming         Read status: Read              Deleted: No

Any word buddy



4287
5                  | iMessage - Inbox                                                    **iMessage**

**Description:** (No description)

| | |
|---|---|

**Time stamp (Device time +00:00):** 7/30/2014 3:54:12 AM

**To:** Me <+18123058776>

**Remote party:** [        ] <+[        ]

Direction: Incoming          Read status: Read          Deleted: No

Thanks man



| 42877 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 7/29/2014 11:38:32 PM

**To:** [ ] + [ ]

**Remote party:** [ ] <+ [ ]

Direction: Outgoing          Read status: Read          Deleted: No

I will check supplies tomorrow.

12653

| 42887 | | iMessage - Inbox | **iMessage** |
|---|---|---|---|

**Description:** (No description)

| **From:** | | | **Time stamp (Device time +00:00):** | 7/28/2014 7:11:02 PM |
|---|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [          ] <+[          ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Ok tell me my next step



| 42893 | | iMessage - Sent | iMessage |
|---|---|---|---|

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 7/25/2014 5:56:25 PM

**To:** [        ] <+[          ]

**Remote party:** [          ] <+[            ] >

Direction: Outgoing          Read status: Read          Deleted: No

Let me see what I can do

Case: 280876, IMEI: 354893094448859, Apple iPhone 8

Oxygen Forensic® Detective - 11.6.2.100

## 42894

### iMessage - Inbox — iMessage

**Description:** (No description)

**From:**

| **Time stamp (Device time +00:00):** | 7/25/2014 5:55:12 PM |
|---|---|

**To:** Me <+18123058776>

**Remote party:** <+

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Rgr. Good copy thanks

## 42895

### iMessage - Inbox — iMessage

**Description:** (No description)

| **Time stamp (Device time +00:00):** | 7/25/2014 5:53:04 PM |
|---|---|

**To:** Me <+18123058776>

**Remote party:** < >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Indeed. Absolutely. Goodies that's funny

## 42896

### iMessage - Sent — iMessage

**Description:** (No description)

**From:** Me <+18123058776>

| **Time stamp (Device time +00:00):** | 7/25/2014 5:49:57 PM |
|---|---|

**To** <

**Remote party:** <+

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

I can still get some stuff if you want some goodies.

## 42897

### iMessage - Inbox — iMessage

**Description:** (No description)

| **Time stamp (Device time +00:00):** | 7/25/2014 5:48:48 PM |
|---|---|

**To:** Me <+18123058776>

**Remote party:** <+ >

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Yes but. You know science always helps

12659

Case: 280876, IMEI: 354893094448859, Apple iPhone 8
Oxygen Forensic® Detective - 11.6.2.100

**42898** | iMessage - Sent | iMessage

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 7/25/2014 5:48:41 PM

**To:** [redacted] <+ [redacted]

**Remote party:** [redacted] <+ [redacted]

Direction: Outgoing     Read status: Read     Deleted: No

You hitting the gym?

**42899** | iMessage - Inbox | iMessage

**Description:** (No description)

[redacted] [redacted]

Time stamp (Device time +00:00): 7/25/2014 5:44:32 PM

**To:** Me <+18123058776>

**Remote party:** [redacted] <+ [redacted] >

Direction: Incoming     Read status: Read     Deleted: No

Great. I'll tell you what isn't awesome is the fact that I'm shrinking

**42900** | iMessage - Sent | iMessage

**Description:** (No description)

**From:** Me <+18123058776>

Time stamp (Device time +00:00): 7/25/2014 5:42:02 PM

**To:** [redacted] <+ [redacted]

**Remote party:** [redacted] + [redacted]

Direction: Outgoing     Read status: Read     Deleted: No

Going awesome.

**42901** | iMessage - Inbox | iMessage

**Description:** (No description)

**From:** [redacted] [redacted]

Time stamp (Device time +00:00): 7/25/2014 5:40:16 PM

**To:** Me <+18123058776>

**Remote party:** [redacted] < [redacted]

Direction: Incoming     Read status: Read     Deleted: No

Great great. And you



| 4468 0 | | SMS - Inbox | SMS |
|---|---|---|---|

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 8/21/2013 10:15:15 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] < [ ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

OK buddy thanks

| 4468 1 | | SMS - Sent | SMS |
|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 8/21/2013 9:57:12 PM |
|---|---|---|

**To:** [ ] < [ ]

**Remote party:** [ ] <+ [ ] >

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Pretty hard now, will have to inquire.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8    Oxygen Forensic® Detective - 11.6.2.100

**44682**

| | | SMS - Inbox | SMS |

**Description:** (No description)

| **From:** | | | **Time stamp (Device time +00:00):** | 8/21/2013 8:15:29 PM |

**To:** Me <+18123058776>

**Remote party:**

| Direction: Incoming | Read status: Read | Deleted: No |

So can you still get those little bottles?

| 46468 | | | SMS - Inbox | **SMS** |
|---|---|---|---|---|

**Description:** (No description)

| **From:** | | **Time stamp (Device time +00:00):** | 8/21/2012 12:11:22 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party**       <+

Direction: Incoming       Read status: Read       Deleted: No

Sorry dude..i thought i was going to be able to get into the city and see what the hell i have, but i havee not. I hope to get in next weekend. Stay safe down there



| 4670 7 | | SMS - Sent | | SMS |
|---|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | | **Time stamp (Device time +00:00):** | 8/13/2012 5:17:33 PM |
|---|---|---|---|

**To:** [        ] <+[        ]

**Remote party:** [        ] <+[        ]

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Anytime

| 4670 8 | | SMS - Inbox | | SMS |
|---|---|---|---|---|

**Description:** (No description)

| [        ] [        ] | | **Time stamp (Device time +00:00):** | 8/13/2012 4:28:50 PM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [        ] <+[        ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Thanks man

13803

| 46711 | | SMS - Sent | SMS |

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 8/13/2012 4:26:54 PM |

**To:** [ ] <+[ ]

**Remote party** [ ] <+[ ]

| Direction: Outgoing | Read status: Read | Deleted: No |

Oh yeah bro, just next couple of days is cool. You're my boy and wanna make sure you are hooked up.

| 46712 | | SMS - Inbox | SMS |

**Description:** (No description)

| [ ]  [ ] | **Time stamp (Device time +00:00):** | 8/13/2012 4:24:24 PM |

**To:** Me <+18123058776>

**Remote party** [ ] < [ ] >

| Direction: Incoming | Read status: Read | Deleted: No |

Can i give you an answer thur morning? i will be back in the city then.

13804

| 4671 4 | | | SMS - Sent | **SMS** |

**Description:** (No description)

**From:** Me <+18123058776>

**Time stamp (Device time +00:00):** 8/13/2012 4:22:34 PM

**To:** _____ < _____

**Remote party:** _____ <+_____

Direction: Outgoing          Read status: Read                    Deleted: No

Need any shit ordered?



| 46732 | | | SMS - Sent | SMS |
|---|---|---|---|---|

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 8/13/2012 3:11:09 AM |
|---|---|---|

**To:** [ ] <+[ ]

**Remote party** [ ] <+[ ]

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

I'm still around 213. Just getting an order placed for me and [ ] this week.

Case: 280876, IMEI: 354893094448859, Apple iPhone 8

Oxygen Forensic® Detective - 11.6.2.100

**46733**

**SMS - Inbox**                                                                      **SMS**

**Description:** (No description)

| | | **Time stamp (Device time +00:00):** | 8/13/2012 3:07:28 AM |
|---|---|---|---|

**To:** Me <+18123058776>

**Remote party:** [ ] < [ ]

| Direction: Incoming | Read status: Read | Deleted: No |
|---|---|---|

Of course.  Im weighing in at a cool 205

**46735**

**SMS - Sent**                                                                       **SMS**

**Description:** (No description)

| **From:** Me <+18123058776> | **Time stamp (Device time +00:00):** | 8/13/2012 2:59:42 AM |
|---|---|---|

**To:** [ ] <+ [ ] >

**Remote party:** [ ] < [ ]

| Direction: Outgoing | Read status: Read | Deleted: No |
|---|---|---|

Hit me up if you need anything.