TIMOTHY J. RACICOT
RYAN G. WELDON
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone:      (406) 542-8851
FAX:        (406) 542-1476
Email:      tim.racicot2@usdoj.gov
            ryan.weldon@usdoj.gov

S. DEREK SHUGERT
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
Phone:      (202) 305-1629
FAX:        (202) 532-4251
Email:      shawn.shugert@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 20-32-M-DWM |
|---|---|
| Plaintiff, | DECLARATION OF Cofer Black |
| vs. | |
| MATTHEW ANTHONY MARSHALL, | |
| Defendant. | |

1

I, Cofer Black, in accordance with the requirements of 28 U.S.C § 1746, declare as follows:

1. My name is Joseph Cofer Black and I reside in Great Falls, Virginia. I am currently self-employed as a consultant and serve on three corporate boards.

2. I retired in late-2004 from a 30-year career in the U.S. Federal government which included 28 years in the Central Intelligence Agency (CIA) and two years in the U.S. Department of State. My service in the CIA's Clandestine Service included six foreign tours in field management positions. From 2002-2004, I served as Coordinator for Counterterrorism at the State Department with the rank of Ambassador-at-Large. I received a Bachelor's degree in 1973 and a Master's degree in 1974, both in International Relations from the University of Southern California.

3. I understand from conversations with FBI Special Agent Mark Seyler that this case involves Matthew Anthony Marshall. I do not know Mr. Marshall. I have never met him to the best of my knowledge or communicated with him in any way about any topic.

4. I do know John Maguire and I know Mr. Maguire worked for the CIA. Our service at the CIA overlapped for a good part of my career but we never worked together and contact was limited to a few, brief, chance encounters. Months ago

and perhaps during late-2020, Mr. Maguire telephoned my cell phone. Mr. Maguire made little sense to me as I really did not know what he was talking about or the cause of his rather dramatic verbiage. As best I can recall from a very unusual call, he said something to the effect that I needed to essentially vouch in a legal sense for an individual who allegedly worked for me in the CIA. I do not recall the name of this individual nor whether he even mentioned a name. I recall saying something like "what are you talking about." Ms. Mary Beth Long then got on the call and I talked to her.

5. I know Ms. Mary Beth Long, who worked at the CIA as well as both of us serving as volunteers on Governor Mitt Romney's Presidential 2012 Election Campaign. I asked Ms. Long what Mr. Maguire was talking about. In the background I could hear Mr. Maguire loudly saying that "he" had worked in CTC, the CIA's Counterterrorist Center where I served as Director from 1999-2002. I also heard Mr. Maguire say in the background say that "he (NFI)" had "taken a bullet for us in Iraq." Hearing this I told Ms. Long that in my time CTC did not send people to Iraq. Mr. Maguire then said, again in the background but loudly enough to hear, that "he" worked for "SOG" (the CIA's paramilitary unit). I stated to Ms. Long that CTC's staff had expanded exponentially after 9/11 and that there were many people by that time that I did not personally know. Ms. Long commented that she had been in charge of large numbers of people during her time

3

at the Department of Defense and understood. She ended the conversation and said that she would take care of "it," which I assumed to be getting a more coherent picture. I subsequently told my wife about this strange telephone call "out of the blue" which I found odd.

6. In March 2021, I communicated with FBI Special Agent Mark Seyler about Mr. Marshall. Agent Seyler showed me a photograph, pasted below, of three men in black suits posing in front of an OSS Society sign or banner. I recognize John Maguire as the man on the far left of the photograph. I do not know or recognize either of the other men.



4

7. Agent Seyler also showed me a series of text messages that apparently were contained on Mr. Marshall's iPhone 8. It is my understanding that those messages have been submitted by the government to the Court as Exhibit 51 to a brief filed on March 26, 2021. I have reviewed the text messages and the two phone numbers associated with them – 571-336-8565 and 703-249-6616. I do not recognize any of the text messages and, again, I have never communicated with Mr. Marshall in any way, including by text message. In addition, neither of the phone numbers referenced above have ever been associated with me. I have checked my phone records and confirmed my numbers at those times were different than the ones referenced above.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this  14  day of April, 2021, at Great Falls, Virginia.

Cofer Black