# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 9:20-CR-00032-DWM |
| ) | |
| MATTHEW MARSHALL, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL LETTERS IN AID OF SENTENCING

Defendant Matthew Marshall ("Marshall"), by and through undersigned counsel, hereby submits the attached supplemental letters, received by the undersigned after the February 25, 2022 deadline to submit letters, to aid the Court in fashioning a sentence.

Respectfully submitted,

**Margulis Gelfand, LLC**

 /s/ Justin K. Gelfand
JUSTIN K. GELFAND, #62265*
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Defendant*
*Admitted *pro hac vice*

**Certificate of Service**

 I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

    **Margulis Gelfand, LLC**

     /s/ *Justin K. Gelfand*
    JUSTIN K. GELFAND, #62265*
    7700 Bonhomme Ave., Ste. 750
    St. Louis, MO 63105
    Telephone: 314.390.0234
    Facsimile: 314.485.2264
    justin@margulisgelfand.com
    *Counsel for Defendant*
    *Admitted *pro hac vice*