The Honorable Donald W. Molloy
United States District Judge
United States District Court
District of Montana
201 E. Broadway
Missoula, MT 59802


Dear Judge Malloy,

I am writing this letter on behalf of Matthew Marshall and wanted to take this opportunity to offer some personal thoughts and observations about Matthew Marshall, a man that I have known for over 20 years, and a trusted warrior-brother that I know personally and intimately. As a former Naval Aviator who served in combat, you can appreciate the bonds that form between men in war.

Matthew worked under my command in Iraq in 2002-04, operating mainly in the Kurdish north. Since much of this has been at the center of dispute, I will take this opportunity to speak of the personal attributes I have directly observed over the course of several years that have nothing to do with the allegations or charges, but solely focus on the man I consider a friend and brother. A man that I have witnessed offer the coat off his back to a homeless veteran during a brutal January winter in Montana, a man that I witnessed disregard his own personal safety to go into a frozen lake and pull a dog out of the water, to the man I witnessed perform CPR on an elderly man who was having a heart attack at a local restaurant. All selfless acts, not required or asked of him.

Many years later while I was working in the private sector, I was presented with an opportunity to take a job working for Matthew at a private security firm he was in the process of building in Montana. Matthew flew to D.C. to have lunch with me and Duane "Dewey" Clarridge, offered me a job in a senior management position, and I accepted. Matthew had also worked for Mr. Clarridge many years earlier and Dewey had very high praise for Matthew. Although Matthew was 20 years my junior, based on the leadership skills I had seen him display in extremis circumstances, I was very comfortable with the concept of him now being my boss. Within days, I packed up my vehicle and made the long trek to Montana.

After arriving in Montana, I saw that he had further refined all of the impressive attributes he had displayed in Iraq. He was a thoughtful, engaged, and decisive leader who treated his colleagues and employees with respect. The thing that I was even more impressed with was how Matthew was with his family and how he worked tirelessly to balance the enormous work responsibilities he was given with being an engaged father and husband. In all of my years of being in senior leadership positions I saw more men and women be superb in the professional careers, but disastrous in their personal lives. His commitment to his children and his family is something I admire and respect about Matthew.

I struggle to put into words all of the things I'd like to say on behalf of Matthew. I struggle to see a man that I hold in the highest regard, who has shown unflappable honor and commitment to his friends and his family, be in this dire situation. What I have also seen is Matthew define fortitude and strength since all of this started over 3 years ago. Matthew has and will always put his family and friends first and for that I have nothing but the utmost respect. If I had to define him with one word it would be honorable.

Your Honor, the world and society are better off with Matthew Marshall in it and I hope this court will take all of the selfless acts, his service to this nation, his commitment to his family and judge him with mercy and compassion.

Respectfully,

John R. Maguire

John R. Maguire, CIA (ret.)