**The Honorable Mary Beth Long**
309 Franklin Street
Alexandria, VA 22314
+1 703-622-2715

25 February 2022

The Honorable Donald W. Molloy
United States District Judge
United States District Court
District of Montana
201 E. Broadway
Missoula, MT  59802


Dear Judge Molloy,


   Thank you for this opportunity to write to you about Matthew Marshall, who I understand will be sentenced in your court.  I am writing to add my voice in support of Matt's character, as a man I have come to know to be a dedicated patriot and father, and a community-conscious humanitarian with a deep sense of right and wrong.  I pray the Court will consider mercy in Matt's case.

   Matt is a good man who cares about those around him.  For example, he takes an active role in helping the "communities" in which he is part.  My introduction to him, in fact, was orchestrated by a former senior-most member of the Department of Defense's Intelligence organization who, in vouching for him, told me that Matt "was my kind of businessman and employer who takes care of his people and 'the [intelligence and special forces] community'."  We first met at an annual charitable event in Washington raising funds for the families of fallen intelligence officers and special forces warriors.  Matt and I spoke briefly about his passion for the children and widows of those who had died on the battlefield.

   At Matt's insistence, I later also attended a Whitefish annual event in support of Montana's fallen warriors where Matt had gathered a table of colleagues to ensure that we did all that we could, not only to support the families of the fallen, but to assist local families dealing with returned warriors with either physical or psychological challenges. Over time, I became aware that in addition to his financial support for those who served, Matt helped a number of veterans who struggled upon their return to the U.S. by volunteering his time, advice and personal attention to their needs.

   Matt's humanitarian instincts and charitable attentions were not limited to those with prior government service, however. Matt loves his Montana community and does a tremendous amount to support it. In addition to supporting just about every fund raising event in Whitefish and its surrounding communities, Matt and Heather make a point to cheerlead support for his daughter's high school, efforts to curb homelessness (including long-term housing for older veterans), town-sponsored events, and local charities.  I know first-hand the gratitude of senior law enforcement officers from several jurisdictions for Matt having taken the time and effort to

**The Honorable Mary Beth Long**
309 Franklin Street
Alexandria, VA 22314
+1 703-622-2715

share his specialized training, including by providing instruction and opportunities to practice new skills.

Perhaps no issue in his community motivates Matt more than problems with missing, young females and concerns that these ladies were abused, "trafficked," or overlooked. On a number of occasions, conversations in which I participated with Matt and law enforcement, including several police offices and a sheriff's department, turned to the topic of exploited and missing girls. Perhaps due to his daughter's tender age, Matt considered himself a needed, vocal advocate among law enforcement concerning the possible abuse of these young women – particularly local girls who have grown up in a rural setting and the indigenous (the latter a particular focus of mine). Part of Matt's cooperation with local authorities, especially the Whitefish police department, was in pursuit of addressing the nation-wide problem of missing girls, especially teenagers – an issue that, for Matt and much of rural Montana, is close to home.

If Matt loves anything more than his community and country, it is his family. This I can attest to as I developed a close relationship with both his wife and eldest child, Maddy, a beautiful, vibrant teen (who suddenly in the last year, sadly, is struggling mightily with health and other issues). I have sat at Mr. and Mrs. Marshall's dining room table where the family has joined hands and either Matt or Maddy said the blessing. Matt was involved in every aspect of Maddy's life – and the two are "two peas in a pod". Present at many family conversations, I learned Matt is the loving, permissive-yet-firm father who ensures his daughter knows that she can tell him anything. Until recently, the Marshall home was the gathering place for a gaggle of teenage girls whenever Maddy was there. And she, as well as her friends, understood there are firm expectations in the Marshall household as to acceptable behavior. Matt and Heather made sure that they knew all of Maddy's friends. Maddy also knows her father would support her, regardless of the situation. Dozens of times I have witnessed Matt stop what he was doing and take the time to ensure that Maddy (and her teenage cohort) were encouraged to call him for a ride if she found herself (or her friends) in an uncomfortable situation. The mutual respect was palpable.

While understanding all the internal workings of any family is difficult – if not impossible – for anyone on the outside, I have spent a lot of time with Matt, his wife, Heather, and their daughter. I am firm in my belief that Matt is a generous, loving and tremendously supportive father whose absence will be devastating not only to Matt, but especially for Maddy. This is a family that, despite their difficulties, is full of love and support for one another.

To be clear, while my introduction to Matt was originally for business purposes, I never received any remuneration or reimbursement of expenses, even, from him or any business associated with him. In our early, short business association, I found both Matt and his staff scrupulous and detailed, lest there be any reason for the company to be precluded from federal government contracting. Although we have not always agreed, I found Matt conscious of what is within professional business and moral bounds, and what is not. In fact, my friendship with Matt and his family grew out of my admiration for his conduct as I then witnessed it over almost six years. In a community where embellishment and jealousy are more common than you would

**The Honorable Mary Beth Long**
309 Franklin Street
Alexandria, VA 22314
+1 703-622-2715

expect, I never saw Matt conduct himself in a less than honorable manner, nor had I heard derogatory information about him.  In fact, I found him to be respectful of others.  Indeed, Matt is one of those persons who have a penchant for feeling like they must serve as an advocate for others as well as "right the wrongs" that he perceives as threats to his environment.

   Matt is a wonderful friend.  When those around him – whether family or others – needed a short-term loan, Matt was there for them.  If you were having problems at work or home, Matt would show up and pitch in.  He was forgiving of employees when they stumbled, but firm with those who attempted to take advantage.  He has taught his daughter to be stubborn and resilient.  When forced from his home multiple times (usually during the holidays), he would put on a brave face for his family on why the move was actually "better" for them.   And when discouraged from supporting controversial friends in a tough spot, he stood firm on principle.  A rare quality, these days.

    Finally, I wish to assure the Marshall family and this Court that I intend to remain a supporter of the family and of Matt when he returns to society.

    Your Honor, I hope you find this letter useful.

    Thank you again for the opportunity to add my voice in this case.  And thank you and your staff for your continued service to our great Nation.


With the Utmost Respect,

Mary Beth Long